ALABAMA JUDICIAL DATA CENTER
COURT PAYMENT SYSTEM

COUNTY                                          RECEIPT NUMBER: 039016
DATE OF RECEIPT: 07/07/2005   TIME: 16:00:21
RECEIPT FOR CASE: CV 2005 000137 00        BATCH: 2005215
     RECEIVED FROM: HON. C LANCE GOULD

GEORGE MASON  VS  AMERICAN INTERNATIONAL GROUP, INC. ET AL

  ACCOUNTS RECEIPTED:
       CV05                                           $2.00
       JDMD                                          $21.00

RECEIVED BY: VEH        CHECK AMOUNT       $23.00


ALABAMA JUDICIAL DATA CENTER
COURT PAYMENT SYSTEM

COUNTY                                          RECEIPT NUMBER: 039012
DATE OF RECEIPT: 07/07/2005   TIME: 15:35:49
RECEIPT FOR CASE: CV 2005 000137 00        BATCH: 2005214
     RECEIVED FROM: HON C LANCEGOULD

GEORGE MASON  VS  AMERICAN INTERNATIONAL GROUP, INC. ET AL

  ACCOUNTS RECEIPTED:
       CV05                                        $331.00

RECEIVED BY: VEH        CHECK AMOUNT       $331.00



**EXHIBIT**

_A_

## IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

GEORGE MASON,                                    *
                                                 *
         Plaintiff,                              * Civil Action No. CV-05-137
                                                 *
v.                                               *
                                                 *
AMERICAN INTERNATIONAL GROUP, INC;               *
et al.,                                          *
                                                 *
         Defendants.                             *

## SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:          **AMERICAN INTERNATIONAL GROUP, INC.**
                    **70 Pine Street**
                    **New York, NY  10270**

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

                    **C. Lance Gould**
                    **BEASLEY, ALLEN, CROW, METHVIN,**
                    **PORTIS & MILES, P.C.**
                    **Post Office Box 4160**
                    **Montgomery, AL  36103-4160**

the attorney for the Plaintiff.  THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

_Eddie D. Mallard_
CIRCUIT CLERK

Dated:  ___7/7/05___

## IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

GEORGE MASON,                                    *
                                                 *
            Plaintiff,                           *  Civil Action No. __05-137__
                                                 *
v.                                               *
                                                 *
AMERICAN INTERNATIONAL GROUP, INC;               *
et al.,                                          *
                                                 *
            Defendants.                          *

### SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:          **AMERICAN GENERAL CORPORATION**
                    **2929 Allen Parkway**
                    **Houston, TX  77019**

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

            **Roman A. Shaul**
            **BEASLEY, ALLEN, CROW, METHVIN,**
            **PORTIS & MILES, P.C.**
            **Post Office Box 4160**
            **Montgomery, AL  36103-4160**

the attorney for the Plaintiff.   THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

                                        _____
                                        CIRCUIT CLERK

Dated: ___7/7/05___

## IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

GEORGE MASON,                                    *
                                                 *
      Plaintiff,                               *
                                                 *
vs.                                              *  CIVIL CASE NO. 05-137
                                                 *
AMERICAN INTERNATIONAL GROUP,                    *
INC., et al.,                                    *

### SUMMONS

      This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:          AMERICAN GENERAL FINANCE, INC.
                          n/k/a American General Financial Services of Alabama, Inc.
                          c/o CSC Lawyers Incorporating Service, Inc.
                          150 S. Perry Street
                          Montgomery, AL 36104

      The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

                          C. Lance Gould
                          BEASLEY, ALLEN, CROW, METHVIN,
                          PORTIS & MILES, P.C.
                          Post Office Box 4160
                          Montgomery, AL 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

                                                   _Eddie D. Wallace_
                                                CIRCUIT CLERK

Dated:   7/7/05

## IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

GEORGE MASON,                                          *
                                                       *
      **Plaintiff,**                                     *
                                                       *
vs.                                                    *  CIVIL CASE NO. 05-137
                                                       *
AMERICAN INTERNATIONAL GROUP,                          *
INC., et al.,                                          *

### SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

      NOTICE TO:        **MERIT LIFE INSURANCE COMPANY**
                                 **c/o Superintendent of Insurance**
                                 **601 NW Second Street**
                                 **Evansville, IN 47708**

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

                             **C. Lance Gould**
                             **BEASLEY, ALLEN, CROW, METHVIN,**
                             **PORTIS & MILES, P.C.**
                             **Post Office Box 4160**
                             **Montgomery, AL 36103-4160**

the attorney for the Plaintiff.   THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

                                           CIRCUIT CLERK

Dated: _____7/7/05_____

## IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

GEORGE MASON,                                          *
                                                       *
      Plaintiff,                                   * Civil Action No. _CV-05-137_
                                                       *
v.                                                     *
                                                       *
AMERICAN INTERNATIONAL GROUP, INC;                     *
et al.                                                 *
                                                       *
      Defendants.                                  *

### SUMMONS

    This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:        **YOSEMITE INSURANCE COMPANY**
                **c/o Superintendent of Insurance**
                **717 Market Street**
                **San Francisco, CA 94103**

    The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

        **C. Lance Gould**
        **BEASLEY, ALLEN, CROW, METHVIN,**
        **PORTIS & MILES, P.C.**
        **Post Office Box 4160**
        **Montgomery, AL 36103-4160**

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

                                      CIRCUIT CLERK

Dated: ___7/7/05___

## IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

GEORGE MASON,                                    *
                                                 *
      Plaintiff,                  * Civil Action No. __CV-05-137__
                                                 *
v.                                               *
                                                 *
AMERICAN INTERNATIONAL GROUP, INC;               *
et al.                                           *
                                                 *
      Defendants.                 *

### SUMMONS

    This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:        **KATHIE ROWELL**
                          **c/o American General Finance, Inc.**
                          **1848 Opelika Road**
                          **Auburn, AL 36830**

    The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

        **C. Lance Gould**
        **BEASLEY, ALLEN, CROW, METHVIN,**
        **PORTIS & MILES, P.C.**
        **Post Office Box 4160**
        **Montgomery, AL 36103-4160**

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

                                _____
                                    CIRCUIT CLERK

Dated: ___7/7/05___

## IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

GEORGE MASON,                                              *
                                                          *
        Plaintiff,                                        *
                                                          *
vs.                                                       *     CIVIL CASE NO. CV-05-137
                                                          *
AMERICAN INTERNATIONAL GROUP, INC;                        *
AMERICAN GENERAL CORPORATION;                             *
AMERICAN GENERAL FINANCE, INC.;                           *
MERIT LIFE INSURANCE COMPANY;                             *
YOSEMITE INSURANCE COMPANY;                               *
KATHIE ROWELL;                                            *
and Fictitious Defendants "A",                            *
"B", and "C", whether singular or plural, those           *
other persons, corporations, firms, or other              *
entities whose wrongful conduct caused                    *
the injuries and damages to the Plaintiff,                *
all of whose true and correct names are                   *
unknown to Plaintiff at this time, but will               *
be substituted by amendment when ascertained,            *
                                                          *
        Defendants.                                       *

### COMPLAINT

### STATEMENT OF THE PARTIES

1.   This court has subject matter and personal jurisdiction over the Defendants. Venue is proper in Macon County, Alabama.

2.   Plaintiff George Mason is an adult resident citizen of Macon County, Alabama.

3.   Defendant American General Finance, Inc. is a domestic corporation, who does business by agent in Macon County, Alabama. This Defendant is the agent, a subsidiary, sister corporation, and/or the "alter-ego" of one or more Defendants.

1

4.    Defendant American International Group, Inc. is a foreign corporation who does business by agent in Macon County, Alabama. This Defendant is the agent, a subsidiary, sister corporation, and/or the "alter-ego" of one or more Defendants.

5.    Defendant American General Corporation is a foreign insurance Company who does business by agent in Macon County, Alabama. This Defendant is the agent, a subsidiary, sister corporation, and/or the "alter-ego" of one or more Defendants.

6.    Defendant Merit Life Insurance Company is a foreign insurance company who does business by agent in Macon County, Alabama. This Defendant is the agent, a subsidiary, sister corporation, and/or the "alter-ego" of one or more Defendants.

7.    Defendant Yosemite Insurance Company is a foreign corporation who does business by agent in Macon County, Alabama. This Defendant is the parent corporation, agent, a subsidiary, sister corporation, and/or the "alter-ego" of one or more Defendants.

8.    Defendant Kathie Rowell is over the age of nineteen (19) and is a resident of Lee County, Alabama.

9.    Fictitious Defendants "A", "B", and "C", whether singular or plural, are those other persons, firms, corporations, or other entities whose wrongful conduct caused or contributed to cause the injuries and damages to the Plaintiff, all of whose true and correct names are unknown to Plaintiff at this time, but will be substituted by amendment when ascertained.

10.    Plaintiff's claims are brought solely under Alabama law, and Plaintiff states he does not bring any claim and/or disclaim any and all claims under any Federal laws, statutes, or regulations.

2

## STATEMENT OF THE FACTS

11.    In or about the year 1993 Plaintiff entered into several loans with Defendants at which time Defendant Kathie Rowell, while acting as agent for all Defendants fraudulently represented to him that if he purchased the credit insurance offered him, his credit score/rating would be better and that he stood a better chance of getting approved for the loan he requested.

12.    On or about the same dates, Defendants advised Plaintiff that if he paid off his other debts and consolidated them with the loan that was issued he would save money.

13.    Defendants also advised Plaintiff that if he refinanced his previous loans into a single loan, that would be the best way for him to save money. Defendants refused to allow Plaintiff to have a separate loan.

14.    Defendants advised Plaintiff that purchasing the credit insurance offered was a good deal and offered great value and protection.

15.    Defendants had a duty to Plaintiff to give him good advice and they failed to do so, to Plaintiff's detriment.

16.    Based on each of the representations made by Defendants, Plaintiff agreed to purchase the credit insurance offered, refinance his loan and consolidate his other debts.

17.    Defendants' conduct under the circumstances was intentional and amounts to actual malice.

18.    Plaintiff discovered the fraud within two (2) years of filing this lawsuit.

19.    Defendants entered into a pattern or practice of fraudulent conduct that included the fraud practiced on Plaintiff.

20.   At all times material hereto, Plaintiff depended on Defendants to advise him as to all loan requirements and insurance matters.  Defendants had superior knowledge and bargaining power over Plaintiff.

21.   The conduct by Defendants was intentional, gross, wanton, malicious, and/or oppressive.

## COUNT ONE

22.   Plaintiff alleges all prior paragraphs of the Complaint as if set out here in full.

23.   Defendants made the aforementioned fraudulent representations that they knew were false, or should have known were false, and intended for Plaintiff to rely on said false representations.

24.   Plaintiff did rely on the representations made by Defendants and due to Defendants' fraudulent misrepresentation of material facts, Plaintiff was induced to act as previously described.

25.   As a proximate consequence of Defendants' actions, Plaintiff was injured and damaged in at least the following ways: he paid money for insurance he did not want, he lost interest on said money, he paid excessive interest on his loans and accounts he otherwise would not have had to pay, he lost interest on the money attributed to the unnecessary payments, he has suffered mental anguish and emotional distress; and has otherwise been injured and damaged.

WHEREFORE, Plaintiff demands judgment against Defendants in such an amount of compensatory and punitive damages as a jury deems reasonable and may award, plus costs.

## COUNT TWO

27.   Plaintiff alleges all prior paragraphs of the Complaint as if set out here in full.

4

28.    Defendants negligently and/or wantonly hired, trained, and supervised Defendant Kathie Rowell and their agents, alter-egos and/or representatives responsible for advising Plaintiff of the loan and insurance benefits and all other requirements.

29.    As a proximate consequence of Defendants' actions, Plaintiff was injured and damaged as alleged herein.

WHEREFORE, Plaintiff demands judgment against Defendants in such an amount of compensatory and punitive damages as a jury deems reasonable and may award, plus costs.

## COUNT THREE

30.    Plaintiff alleges all prior paragraphs of the Complaint as if set out here in full.

31.    Plaintiff was not experienced in insurance and finance matters and placed a special trust and confidence in Defendants and consequently relied upon Defendants to properly advise him with respect to such matters.

32.    Defendants undertook a duty to advise Plaintiff, held themselves out as experts, and as persons interested in Plaintiff's well-being, and generally exhibited behavior inconsistent with the typical debtor-creditor relationship.

33.    As a result of the aforementioned actions, Defendants conduct amounts to a breach of their individual, contractual, professional and fiduciary obligations and duties to Plaintiff.  Said conduct further amounts to a breach of the duties that arise as a matter of Alabama law.

34.    As a proximate consequence of the Defendants breach, Plaintiff was injured and damaged as alleged herein.

5

WHEREFORE, Plaintiff demands judgment against Defendants in such an amount of compensatory and punitive damages as a jury deems reasonable and may award, plus costs.

## COUNT FOUR

35.     Plaintiff alleges all prior paragraphs of the Complaint as if set out here in full.

36.     Defendants negligently and/or wantonly made the aforementioned representations to Plaintiff.

37.     Said action was a breach of the duty owed Plaintiff.

38.     As a proximate consequence of said actions, Plaintiff was injured and damaged as described herein.

WHEREFORE, Plaintiff demands judgment against Defendants in such an amount of compensatory and punitive damages as a jury deems reasonable and may award, plus costs.

JERE L. BEASLEY (BEA020)
TOM METHVIN (MET003)
C. LANCE GOULD (GOU007)
Attorneys for Plaintiff

OF COUNSEL:
**BEASLEY, ALLEN, CROW,**
**METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
Telephone No.: (334) 269-2343
Facsimile No.: (334) 954-7555

**PLAINTIFF REQUESTS TRIAL BY STRUCK JURY**
**OF ALL ISSUES PRESENTED BY THIS CAUSE**

OF COUNSEL

6

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93    Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT – CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>☐C ☐V  2005  1137  ☐☐ - ☐☐<br>Date of Filing:          Judge Code:<br>07    07    2005    KKKKK<br>Month   Day   Year |

**GENERAL INFORMATION**

IN THE CIRCUIT COURT OF _____ Macon _____ , ALABAMA
*(Name of County)*

_____ George Mason _____  v.  American International Group, Inc. et al
**Plaintiff**                                                 **Defendant**

**First Plaintiff**  ☐ Business  ☑ Individual       **First Defendant**  ☑ Business  ☐ Individual
                     ☐ Government  ☐ Other                              ☐ Government  ☐ Other

---

**NATURE OF SUIT:**  Select primary cause of action, by checking box (check only one) the best characterizes your action:

**TORTS: PERSONAL INJURY**
☐  WDEA  -  Wrongful Death
☐  TONG  -  Negligence: General
☐  TOMV  -  Negligence: Motor Vehicle
☐  TOWA  -  Wantonness
☐  TOPL  -  Product Liability/AEMLD
☐  TOMM  -  Malpractice-Medical
☐  TOLM  -  Malpractice-Legal
☐  TOOM  -  Malpractice-Other
☑  TBFM  -  Fraud/Bad Faith/Misrepresentation
☐  TOXX  -  Other: _____

**TORTS: PERSONAL INJURY**
☐  TOPE  -  Personal Property
☐  TORE  -  Real Property

**OTHER CIVIL FILINGS**
☐  ABAN  -  Abandoned Automobile
☐  ACCT  -  Account & Nonmortgage
☐  APAA  -  Administrative Agency Appeal
☐  ADPA  -  Administrative Procedure Act
☐  ANPS  -  Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
☐  MSXX  -  Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
☐  CVRT  -  Civil Rights
☐  COND  -  Condemnation/Eminent Domain/Right-of-Way
☐  CTMP  -  Contempt of Court
☐  CONT  -  Contract/Ejectment/Writ of Seizure
☐  TOCN  -  Conversion
☐  EQND  -  Equity Non-Damages Actions/Declaratory Judgment/Injunction<br>Election Contest/Quiet Title/Sale For Division
☐  CVUD  -  Eviction Appeal/Unlawful Detainer
☐  FORJ  -  Foreign Judgment
☐  FORF  -  Fruits of Crime Forfeiture
☐  MSHC  -  Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐  PFAB  -  Protection From Abuse
☐  FELA  -  Railroad/Seaman (FELA)
☐  RPRO  -  Real Property
☐  WTEG  -  Will/Trust/Estate/Guardianship/Conservatorship
☐  COMP  -  Workers' Compensation
☐  CVXX  -  Miscellaneous Circuit Civil Case

---

**ORIGIN** *(check one):*   F ☑ INITIAL FILING       A ☐ APPEAL FROM       O ☐ OTHER:
                                          DISTRICT COURT                 _____
                          R ☐ REMANDED       T ☐ TRANSFERRED FROM
                                          OTHER CIRCUIT COURT

---

**HAS JURY TRIAL BEEN DEMANDED?**   ☑ YES  ☐ NO       Note: Checking "Yes" does not constitute a demand for a<br>jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

---

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED       ☐ NO MONETARY AWARD REQUESTED

| ATTORNEY CODE:<br>G O U 0 0 7 | ___ July 5, 2005 ___<br>Date | *(signature)*<br>Signature of Attorney/Party filing this form |

---

**MEDIATION REQUESTED:**   ☐ YES  ☑ NO  ☐ UNDECIDED

THE
WALZ
CERTIFIED
MAILER™

**WALZ**™

FORM #35003 VERSION: 09/04
U.S. PAT. NOS. 5,501,393; 4,268,903

7160 3901 9848 8110 6161

Label #1

**TO:** American General Finance, Inc.
n/k/a American General Financial Services of
Alabama, Inc.
c/o CSC Lawyers Incorporating Service, Inc.
150 S. Perry Street
Montgomery, AL 36104

**SENDER:**    C. Lance Gould

**REFERENCE:** George Mason v. American
International G

American General Finance, Inc.
n/k/a American General Financial Services of
Alabama, Inc.
c/o CSC Lawyers Incorporating Service, Inc.
150 S. Perry Street
Montgomery, AL 36104

Label #2

C. Lance Gould
Beasley, Allen
Post Office Box 4160
Montgomery, AL 36103

Label #3

TEAR ALONG THIS LINE →

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service

**Receipt for Certified Mail**

No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

FOLD AND TEAR THIS WAY →  OPTIONAL

Label #5

**Certified Article Number**

**SENDERS RECORD**

7160 3901 9848 8110 6161

American General Finance, Inc.
n/k/a American General Financial Services of
Alabama, Inc.
c/o CSC Lawyers Incorporating Service, Inc.
150 S. Perry Street
Montgomery, AL 36104

Label #6

Charge
Amount:  $

Charge
To:

FOLD AND TEAR THIS WAY →

# WALZ™

THE WALZ CERTIFIED MAILER™

FORM #33003 VERSION: 09/04
U.S. PAT. NOS. 5,501,393; 4,368,903

7160 3901 9848 8110 6208

**TO:**  Kathie Rowell
c/o American General Finance, Inc.
1848 Opelika Rd.
Auburn, AL 36830

Label #1

**SENDER:**   C. Lance Gould

**REFERENCE:** George Mason v. American International G

Kathie Rowell
c/o American General Finance, Inc.
1848 Opelika Rd.
Auburn, AL 36830

Label #2

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | | |
|---|---|---|
| | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

C. Lance Gould
Beasley, Allen
Post Office Box 4160
Montgomery, AL 36103

Label #3

| US Postal Service | POSTMARK OR DATE |
|---|---|
| **Receipt for Certified Mail** | |

No Insurance Coverage Provided
Do Not Use for International Mail

← TEAR ALONG THIS LINE

FOLD AND TEAR THIS WAY ⟶ OPTIONAL

Label #5

Kathie Rowell
c/o American General Finance, Inc.
1848 Opelika Rd.
Auburn, AL 36830

Label #6

**Certified Article Number**

7160 3901 9848 8110 6208

**SENDERS RECORD**

Charge Amount:   $

Charge To:

FOLD AND TEAR THIS WAY ⟶

Detaching and Attaching the Green Card

Attaching Green Card from Form: Fold and tear horizontal
Do not bend perforation ❷ as this may weaken the perforation

Detaching Green Card to Mail Piece: Expose adhesive by p...

❶ FOLD THEN TEAR HORIZONT...

DO NOT BEND VERTICAL PERF

# WALZ™

THE
WALZ
CERTIFIED
MAILER™

FROM
FORM #35003 VERSION: 09/04
U.S. PAT. NOS. 5,501,393; 4,368,903

7160 3901 4848 8110 6192

Label #1

Label #2

Yosemite Insurance Company
c/o Superintendent of Insurance
717 Market Street
San Francisco, CA 94103

Label #3

C. Lance Gould
Beasley, Allen
Post Office Box 4160
Montgomery, AL 36103

← TEAR ALONG THIS LINE

**TO:** Yosemite Insurance Company
c/o Superintendent of Insurance
717 Market Street
San Francisco, CA 94103

**SENDER:**     C. Lance Gould

**REFERENCE:** George Mason v. American
International G

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | | |
|---|---|---|
| | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

| US Postal Service | POSTMARK OR DATE |
|---|---|
| **Receipt for Certified Mail** | |

No Insurance Coverage Provided
Do Not Use for International Mail

---

FOLD AND TEAR THIS WAY ⟶   OPTIONAL

Label #5

Yosemite Insurance Company
c/o Superintendent of Insurance
717 Market Street
San Francisco, CA 94103

Label #6

**Certified Article Number**
7160 3901 9848 8110 6192

**SENDERS RECORD**

Label #4

Charge
Amount:   $

Charge
To:

FOLD AND TEAR THIS WAY ⟶

DO NOT BEND VERTICAL PERF

**Detaching and Attaching the Green Card .**

Attaching Green Card to Mail Piece: Fold and tear horizontal
Do not bend perforation ❷ as this may weaken the perforation

❶ FOLD THEN TEAR HORIZONTAL

...ill places labels #4 and
...ill section

Expose adhesive by pe

**WALZ**™

FORM #33003 VERSION: 03/04
U.S. PAT. NOS. 5,501,393; 4,368,903

7160 3901 9848 8110 6185

THE
WALZ
CERTIFIED
MAILER™

FROM:

**TO:**  American International Group, Inc.
70 Pine Street
New York, NY 10270

Label #1

**SENDER:**  C. Lance Gould

**REFERENCE:**  George Mason v. American
International G

American International Group, Inc.
70 Pine Street
New York, NY 10270

Label #2

PS Form 3800, June 2000

← TEAR ALONG THIS LINE

C. Lance Gould
Beasley, Allen
Post Office Box 4160
Montgomery, AL 36103

Label #3

| RETURN RECEIPT SERVICE | Postage | |
| --- | --- | --- |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

| US Postal Service | POSTMARK OR DATE |
| --- | --- |
| **Receipt for Certified Mail** | |

No Insurance Coverage Provided
Do Not Use for International Mail

FOLD AND TEAR THIS WAY ⟶ OPTIONAL

**Certified Article Number**

7160 3901 9848 8110 6185

**SENDERS RECORD**

Label #5

American International Group, Inc.
70 Pine Street
New York, NY 10270

Label #6

Charge
Amount:  $

Charge
To:

FOLD AND TEAR THIS WAY ⟶

Detaching and Attaching the Green Card ™

Attaching Green Card to Mail Piece: Fold and tear horizontal
Do not bend perforation ➋ as this may weaken the perforation

Attaching Green Card from Form: Fold and tear horizontal
Expose adhesive by pe

DO NOT BEND VERTICAL PERF

➊ FOLD THEN TEAR HORIZONTA

THE
WALZ
CERTIFIED
MAILER™

FROM **WALZ**™
U.S. PAT. NOS. 5,501,393; 4,368,903

726O 39OL 9848 8LLO 6L78

TO: American General Corporation
2929 Allen Parkway
Houston, TX 77019

Label #1

← TEAR ALONG THIS LINE →

SENDER:    C. Lance Gould

REFERENCE: George Mason v. American
International G

American General Corporation
2929 Allen Parkway
Houston, TX 77019

Label #2

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

C. Lance Gould
Beasley, Allen
Post Office Box 4160
Montgomery, AL 36103

Label #3

| US Postal Service **Receipt for Certified Mail** No Insurance Coverage Provided Do Not Use for International Mail | POSTMARK OR DATE |
|---|---|

FOLD AND TEAR THIS WAY ⟶ OPTIONAL

Label #5

American General Corporation
2929 Allen Parkway
Houston, TX 77019

Label #6

**Certified Article Number**

726O 39OL 9848 8LLO 6L78

**SENDERS RECORD**

Charge
Amount:    $

Charge
To:

FOLD AND TEAR THIS WAY ⟶

Detaching and Attaching the Green Card

Attaching Green Card to Mail Piece: Fold and tear horizontal p
Do not bend perforation

Detaching Green Card from Form: Expose adhesive by pee
as this may weaken the perforation Co

① FOLD THEN TEAR HORIZONTAL PE

DO NOT BEND VERTICAL PERF

Mailcenter staff places labels #4

book (3877): Detach section
at perf
ment in Chi

FROM **WALZ**™

FORM #35663 VERSION: 09/04
U.S. PAT. NOS. 5,501,393; 4,368,903

FIED
R™

Label #1

Merit Life Insurance Company
c/o Superintendent of Insurance
601 NW Second Street
Evansville, IN 47708

Label #2

C. Lance Gould
Beasley, Allen
Post Office Box 4160
Montgomery, AL 36103

Label #3

7160 3901 9848 8110 6154

TO:  Merit Life Insurance Company
c/o Superintendent of Insurance
601 NW Second Street
Evansville, IN 47708

TEAR ALONG THIS LINE

SENDER:    C. Lance Gould

REFERENCE:  George Mason v. American
International G

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

POSTMARK OR DATE

US Postal Service
**Receipt for
Certified Mail**

No Insurance Coverage Provided
Do Not Use for International Mail

FOLD AND TEAR THIS WAY → OPTIONAL

Label #6

Label #5

Merit Life Insurance Company
c/o Superintendent of Insurance
601 NW Second Street
Evansville, IN 47708

Certified Article Number
7160 3901 9848 8110 6154
SENDERS RECORD

Label #4

Charge Amount:    $

Charge To:

FOLD AND TEAR THIS WAY →

Do not bend Green Card to Mail Piece:
Attaching the Green C
and Attaching the Green C