IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GEORGE MASON, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )  CASE NO. 3:05-cv-752-F |
| | ) |
| AMERICAN INTERNATIONAL GROUP, | ) |
| INC., *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants' Motion to Dismiss (Doc. #5) filed on August

15, 2005, it is hereby ORDERED that:

1.  The plaintiff file his response which shall include a brief and any evidentiary

materials on or before September 1, 2005.

2.  The defendants may file a reply brief on or before September 8, 2005.

DONE this 18th day of August, 2005.

                /s/ Mark E. Fuller
          CHIEF UNITED STATES DISTRICT JUDGE