IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE MASON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 3:05-cv-752-F |
| | ) | |
| AMERICAN INTERNATIONAL GROUP, INC., et. al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the Plaintiff's Motion to Remand (Doc. # 14) filed on September 1, 2005, it is hereby

ORDERED that the Defendants show cause in writing on or before September 26, 2005 as to why the motion should not be granted.

DONE this 12th day of September, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE