IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE LEE POOLE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-774-F |
| | ) |
| AMERICAN INTERNATIONAL | ) |
| GROUP, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants' Motion for Extension of Time (Doc. #19) filed on September 9, 2005, it is hereby ORDERED that:

1. That the motion is GRANTED.

2. The defendants shall file their response to the motion to remand, which shall include a brief and any evidentiary materials, on or before November 18, 2005.

3. The plaintiff may file a reply brief on or before November 28, 2005.

DONE this 12th day of September, 2005.

                                                           /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE



EXHIBIT A