IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES POOLE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO. 3:05-CV-749 |
| AMERICAN INTERNATIONAL GROUP, INC.; et al., | ) ) ) |
| Defendants. | ) |

COUNTY OF _____

STATE OF _____

## AFFIDAVIT OF ROBERT S. RITTER

Robert S. Ritter, under oath, states as follows:

1. My name is Robert S. Ritter. The statements made in this declaration are based upon my own personal knowledge as more specifically set forth below and, if sworn as a witness, I could testify competently to them.

2. I serve as Director of Operations for the State of Alabama and an officer of American General Financial Services, Inc. ("American General"). Lamar Harris left the employment of American General in July, 1999.

FURTHER AFFIANT SAYETH NOT.



1393226

This the ___9th___ day of September, 2005.

_____
Robert S. Ritter

SWORN TO AND SUBSCRIBED BEFORE ME, this the ___9th___ day of September, 2005.

NOTARY PUBLIC _____

My Commission Expires:

My Commission Expires August 11 2006

1393226

2