**American General**
**Finance, Inc.**
A Subsidiary of American General Corporation

LICENSED OFFICE (CREDITOR)
...ERAL FINANCE, INC.
AMERIGKA ROAD

ALABAMA 36830

**FEDERAL
DISCLOSURE
STATEMENT**

**AMERICAN GENERAL**

Account Number
30529047

BORROWER(S) (NAMES & ADDRESS)
POOL, JAMES E,WILLIE
RT 2 BOX 611
NOTASULGA AL 36866

☑ Amount of First Payment
☐ Amount of Balloon Payment

☐ Total Number of Payments
☑ Term of Loan

| Date of Loan | First Payment Due Date | Other Payments Due on Same Day of Each Month. | Final Payment Due Date | Amount of Other Payments | Number of Payments / Term of Loan | **Late Charge |
|---|---|---|---|---|---|---|
| 07/08/93 | 08/10/93 | | 07/10/95 | 62.85 | 62.00 | 24 |
| | | | | | | 100 |

1. $ 1156.67  Amount Financed
2. $ 332.18  **FINANCE CHARGE**
3. 25.39  **%ANNUAL PERCENTAGE RATE**
4. $ 1488.85  Total of Payments

**AMOUNT FINANCED** is the amount of credit provided to you or on your behalf. (Line 1 above)
**FINANCE CHARGE** is the dollar amount the credit will cost you. (Line 2 above)
**ANNUAL PERCENTAGE RATE** is the cost of your credit as a yearly rate. (Line 3 above)
**TOTAL OF PAYMENTS** is the amount you will have paid after you have made all payments as scheduled. (Line 4 above)

LATE CHARGE: If a payment is more than 10 days late, you will be charged 5% of the late amount, not to exceed the amount shown above and not less than $.50. (Does not apply to interest bearing loans.)

PREPAYMENT: If you pay off early, you
☐ may  ☑ will not    have to pay a penalty.
☑ may  ☐ will not    be entitled to a refund of part of the finance charge.

*1 PAID*   *PAID 1*
MAR 02 '95   MAR 02 '95

SECURITY
You are giving a security interest in:
☐ The goods or property being purchased
☑ Motor vehicle  1 1980 Toyota Celica GT VIN#JT2RA44L5B6609044;
☐ Other   1 Snapper Mower; 1 Sherwood Stereo; 1 Sanyo 25"

☐ You are giving a security interest in your real estate located at:_____

☐ The previous Mortgage or Deed of Trust is being retained as security on your loan.

ASSUMPTION: Someone buying your house may not assume the remainder of the mortgage on the original terms.

INSURANCE: Credit life insurance and credit disability insurance are not required to obtain credit and will not be provided unless you sign and agree to pay the additional cost. You understand that we anticipate profits from the sale of credit insurance and you consent thereto if you select such insurance. If a rescission period applies, there is no credit life coverage during the three day rescission period.

| Type | Premium | Signature | |
|---|---|---|---|
| Single Decreasing Term Credit Life | $ N/A | I want single credit life insurance. Signature: | First Named Borrower |
| Joint Decreasing Term Credit Life | $ N/A | We want joint credit life insurance. Signatures: | First Named Borrower / Second Named Borrower |
| Single Decreasing Term Credit Life & Single Disability | $ 68.44 | I want single credit life and disability insurance. Signature: Amos E. Poole | First Named Borrower |
| Joint Decreasing Term Credit Life & Single Disability on First Named Borrower | $ N/A | We want joint credit life and single disability insurance. Signatures: | First Named Borrower / Second Named Borrower |

CREDIT INSURANCE (LIFE AND DISABILITY) CANCELLATION OPTION
CANCELLATION: If you desire to do so you may, without penalty or obligation, within fifteen days from the date of loan set forth above, cancel, all but not part of, the credit insurance coverages by returning all credit insurance certificates received in connection with this loan to the office where the loan was made. Upon cancellation, a full rebate of all credit insurance premiums will be made.

**EXHIBIT**
D(1)



AUB.4950.0267

## PERSONAL PROPERTY INSURANCE DISCLOSURE

You are not required to purchase or to have property insurance to secure this loan. If you choose to have such insurance and the amount financed and value of the property exceeds $300, you may obtain property insurance from anyone you want. You should consider any homeowner's or other insurance which you may already have when deciding to purchase property insurance with this loan.

Within 15 days of purchasing property insurance on this loan and providing you have no claims, you may obtain a full refund of the cost of the insurance by surrendering your policy or by making a written request to this office for cancellation of the policy.

If you get property insurance from or through the creditor, it will be for a term of __24__ months and you will pay $__36.60__.
I/We want property insurance.

_____ Signature
_____ Signature

You may obtain physical damage insurance from anyone you want or provide it through an existing policy, provided the insurance company is acceptable to the creditor and the amount financed and value of the property exceeds $300. If you get physical damage insurance from or through the creditor, it will be for a term of __N/A__ months and you will pay $__N/A__.

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We have received a copy of this Federal Disclosure Statement.

_____     7-8-93
First Named Borrower                          Date

_____     7 8 93
Second Named Borrower (If Applicable)   Date

001-00002 (D-F-H-I-L-N) ALABAMA MINI-CODE AND INTEREST AND USURY (2-93)

AUB.4950.0268

MARRIED PERSONS MAY APPLY FOR CREDIT AS AN INDIVIDUAL. IF THIS IS AN APPLICATION FOR AN INDIVIDUAL ACCOUNT AND YOU ARE RELYING ON YOUR OWN INCOME OR ASSETS (in community property states, separate income or assets) AND NOT THE INCOME OR ASSETS OF ANOTHER PERSON (or community property) FOR REPAYMENT OF THE CREDIT REQUESTED, QUESTIONS RELATIVE TO MARITAL STATUS AND TO INCOME RESOURCES AND ASSETS OF THE SPOUSE'S NEED NOT BE ANSWERED; HOWEVER, ONLY THE APPLICANT'S RESOURCES WILL BE EVALUATED IN DETERMINING CREDIT WORTHINESS.

TITLE IS OPTIONAL.
☐ MS. ☐ MISS ☐ MR. ☐ MRS. ☐ OTHER _____

ACCOUNT NO.

## APPLICATION FOR LOAN

069-00002
(REV. 10-91)

| | | | | |
|---|---|---|---|---|
| POINTS | UNIT CHARGE | AMOUNT OF LATE CHARGE | DUE DATE | RATE-APR |
| BROKERS FEE | | | | |
| APPRAISAL | DATE OF LOAN | FIRST PMT. DUE | FINAL PMT. DUE | AMT OF LOAN (INCLUDE CHGS) |
| TITLE EXAM | | | | |
| INT | | | | |
| FEE | PRIN. AMT OF LOAN | OFFICIAL FEES | CHARGES | NO. OF PMTS. |

ORIGINAL AMT. APPLIED FOR 1600

ORIGINAL PURPOSE

COMPLETE SECTION ON REVERSE IF PURCHASE MONEY RESIDENTIAL LOAN

| CREDITORS - AUTO - FURN. - LOANS - BANKS - MAIL ORDER - PC - SUPPORT | BALANCE SECURITY | MONTHLY PAYMENTS |
|---|---|---|
| NAME | $ | $ |
| ADDRESS | | PHONE |
| NAME | $ | $ |
| ADDRESS | | PHONE |
| NAME | $ | $ |
| ADDRESS | | PHONE |
| NAME | $ | $ |
| ADDRESS | | PHONE |
| NAME | $ | $ |
| ADDRESS | | PHONE |
| NAME | $ | $ |
| ADDRESS | | PHONE |
| NAME | $ | $ |
| ADDRESS | | PHONE |
| UTILITY BILLS | | $ |
| GASOLINE EXPENSE | | $ |
| CHILD CARE EXPENSES | | $ |
| CHILD SUPPORT/ALIMONY | | $ |
| TOTAL OF BALANCE DUE ON OPEN ACCOUNTS | | TOT MO PMTS |

### BUDGET AFTER LOAN IS MADE

| | GROSS INCOME | TAKE HOME PAY |
|---|---|---|
| APPLICANT'S JOB | | 755 |
| JOINT APPLICANT'S JOB | | |
| APPLICANT'S OTHER JOB | | |
| JOINT APPLICANT'S OTHER JOB | | |
| PENSION | | |
| RENTAL INCOME | | |
| DIVIDENDS | | |

APPLICANT'S ☐ JOINT APPLICANT'S ☐

Income from alimony, child support, or separate maintenance payments need not be revealed if you do not choose to have it considered as a basis for repaying the obligation. Other income. $ _____ per _____
Source of other income _____
Alimony, child support, separate maintenance received under court order ☐ written agreement ☐ verbal understanding ☐

| | | NET |
|---|---|---|
| GROSS | OTHER | |
| | TOTAL INCOME | 755 |
| LESS AMT OF R.E./RENT PMT. | | 150 |
| LESS UNCONSOLIDATED PMTS. | | 0 |
| LESS NEW PAYMENT ON OUR LOAN | | |
| NET AMT. LEFT AFTER LOAN | | |

### REAL ESTATE

LANDLORD OR MORTGAGE HOLDER   Willie Reed
ADDRESS
NAME OF ALL TITLE HOLDERS

| | | |
|---|---|---|
| RENTING | ☐ | $ 150 MO. |
| 1ST | ☐ MORTGAGE ☐ CONTRACT | $ MO. |
| 2ND | ☐ MORTGAGE ☐ CONTRACT | $ MO. |
| MKT VALUE | | TOTAL MO PMTS R.E. |
| BAL 1st $ | | |
| DUE 2nd | | |
| EQUITY $ | | PURCHASE PRICE |

DESCRIPTION OF R.E. MOBILE HOME

ASSETS   AUTO-BOAT-STOCK INS.-RETIREMENT-ETC.
RMS. HHG
LIFE INS.
81 Toy

LOAN APP. MADE BY ☐ WALK IN ☐ PHONE
APP. TAKEN BY

LOAN CLOSED BY
MDCA

THE APPLICANT(S) WHOSE SIGNATURE(S) APPEAR BELOW REPRESENT AND WARRANT THAT
1. THE APPLICATION AND FINANCIAL STATEMENT WAS MADE FOR THE PURPOSES SHOWING THE ABILITY TO REPAY SAME AND INDUCE THE LOAN CORPORATION TO MAKE THE LOAN

2. THE LIST OF CREDITORS SHOWN HEREON IS A FULL, COMPLETE, AND CORRECT LIST OF ALL DEBTS, BILLS AND LIABILITIES.
3. THAT THEY HAVE REVIEWED THIS APPLICATION AND IT IS TRUE AND CORRECT.

AUB.4950.0269

I/We authorize the Lending Institution to make whatever credit inquiries that it deems necessary in connection with this credit application or in the course of review or collection of any credit extended in reliance on this application. I/We also agree that you may provide information about my account, consumer report information and other information you may have about me to affiliates of yours for possible marketing to you of financial services provided by your affiliates. I/We authorize and instruct any person or consumer reporting agency to compile and furnish to the Lending Institution any information that it may have or obtain in response to such credit inquiries and agree that such information along with this application, shall remain the Lending Institutions property whether or not credit is extended.

FOR ILLINOIS RESIDENTS: I/We understand that from time to time you will notify your customers when additional financial services are available to them, that this is done by telephone and /or mail, and that such services may include negotiable checks which I/We may endorse to get the loan represented by the check or destroy if I/We do not wish to accept the loan offer. (If applicant(s) does not wish to receive above described solicitation above paragraph should be stricken.)

FOR ILLINOIS RESIDENTS APPLYING FOR OPEN END CREDIT: Residents of Illinois may contact the Illinois Commissioner of Banks and Trust Companies for comparative information on interest rates, charges, fees and grace periods. State of Illinois CIP, P.O. Box 10181, Springfield, IL 62791 or call 1(800)634-5452.

FOR NEW YORK RESIDENTS: Consumer reports on you may be requested in connection with your application and we may request or use subsequent reports in connection with an update, renewal or extension of credit for which you have applied. Upon your request, we will inform you whether or not we requested a consumer report on you and the name and address of the consumer reporting agencies that furnished such reports.

FOR OHIO RESIDENTS: The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance of this law.

FOR MARRIED WISCONSIN RESIDENTS: No provision of any marital property agreement, unilateral statement, or court order applying to marital property will adversely affect a creditors interest unless, prior to the time credit is granted, the creditor is furnished a copy of the agreement, statement or court order, or has actual knowledge of the provision. In addition, I must send you the name and address of my spouse within 15 days so that you can provide my spouse with a disclosure required under Wisconsin law.

_____
Applicant's Signature                                              Joint Applicant's Signature

AUB.4950.0270

NEW PURCHASES

DEALER'S NAME _____ TIME _____ ☐ AM ☐ PM

CASH SELLING PRICE . . . . . . . . . . $ _____

DOWN PAYMENT CASH . . . . . . $ _____

TRADE-IN ALLOWANCE . . . . . $ _____ (DESCRIBE _____ )

OWED ON TRADE-IN . . . . . . . $ _____

EQUITY IN TRADE-IN . . . . . . . . $ _____

TOTAL DOWN PAYMENT . . . . . . . . $ _____

UNPAID BALANCE . . . . . . . . . . $ _____

AUTO INS. ___ DED. COMP. ___ DED. COLL. ___ COLL. CLASS $ _____

FILING OR REC. FEES (IF ANY) . . . . . . . . $ _____

_____ TAX (IF ANY) . . . . . $ _____

PRINCIPAL BALANCE . . . . . . . . $ _____

DEALER CALLS _____    DEALER NAME'S _____

NOTICE: THE FOLLOWING IS TO BE COMPLETED ONLY IF THIS IS AN APPLICATION FOR A LOAN FOR HOME IMPROVEMENT OR THE PURCHASE, REFINANCING OR CONSTRUCTION OF A DWELLING TO BE USED AS A PRINCIPAL RESIDENCE.

INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the federal government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may neither discriminate on the basis of this information, nor on whether you choose to furnish it. However, if you choose not to furnish this information, and you have made this application in person, under federal regulation the lender is required to note race or national origin and sex on the basis of visual observance or surname. If you do not wish to furnish the information please check below.

BORROWER

Race-National Origin
☐ AMERICAN INDIAN ALASKAN NATIVE    ☐ HISPANIC
☐ ASIAN PACIFIC ISLANDER    ☐ WHITE
☐ BLACK    ☐ OTHER (SPECIFY) _____
SEX  ☐ FEMALE    ☐ MALE
MARITAL STATUS  ☐ MARRIED    ☐ SEPARATED
☐ UNMARRIED (INC. SINGLE, DIVORCED, WIDOWED)
AGE  _____ YEARS
I DECLINE TO FURNISH THIS INFORMATION _____ (INITIALS)

CO-BORROWER
☐ AMERICAN INDIAN ALASKAN NATIVE    ☐ HISPANIC
☐ ASIAN PACIFIC ISLANDER    ☐ WHITE
☐ BLACK    ☐ OTHER (SPECIFY) _____
☐ FEMALE    ☐ MALE
☐ MARRIED    ☐ SEPARATED
☐ UNMARRIED (INC. SINGLE, DIVORCED, WIDOWED)
YEARS _____
I DECLINE TO FURNISH THIS INFORMATION _____ (INITIALS)

## TRANSACTION SUMMARY

| | | A. | B. |
|---|---|---|---|
| 1. AMOUNT OF LOAN | | | |
| 2. POINTS | | | |
| 3. BROKER FEES | | | |
| 4. INTEREST | | | |
| 5. SERVICE CHARGE | | | |
| 6. "A" BLANK (2+3+4+5)  "B" BLANK (1-6A) | A. | | B. |
| 7. LIFE INS. PREMIUM | | | |
| 8. A & H INS. PREMIUM | | | |
| 9. HHG INS. PREMIUM | | | |
| 10. PERS. PROPERTY INS. PREMIUM | | | |

COLL $ ___ LESS $ ___ ☐  COMP ___ ☐  $ ___ DED. COLL. ☐  P.E. ☐
FIRE AND THEFT ___ ☐  CAC ___  COMB. EXCL. GLASS ☐  $ ___ DED. COMP. ☐  TOWING ☐  NADA ☐
T&L ___ ☐  P.E. ___ ☐  DR. LIC. NO. ___  DATE OF BIRTH ___
INS. AGENT ___  TERR. ___  OTHER OPR. NAME ___  AGE ___
INS. BEGINS 12:01 P.M. ___  SYMBOL ___  DR. LIC. NO. ___  DATE OF BIRTH ___
INS. EXPIRES 12:01 A.M. ___  COLL CLASS ___  OTHER OPR. NAME ___  AGE ___
YOUNGEST MALE DRIVER ___  AGE ___  MARRIED ___  SINGLE ___  DR. LIC. NO. ___  DATE OF BIRTH ___
OWNER OR PRIN. DRIVER? ___  POL. PERIOD FROM ___ TO ___ 19 ___

| 11. OTHER INS. (TYPE) | | |
| 12. TAX (TYPE) | | |
| 13. OFF. FEE. R.E. C.M. AUTO | | |
| 14. APPRAISAL | | |
| 15. TITLE EXAM | | |
| 16. CASH ADVANCE (6+7+8+9+10+11+12+13+14+15) | | |
| 17A. NET BALANCE A/C #    CHECK FOR BAL. | | |
| B. NET BALANCE A/C #  17 B. CHECK FOR BAL | | |
| C. | | |
| D. | | |
| E. | | |
| F. | | |
| G. | | |
| H. | | |
| I. | | |
| J. | | |
| K. | | |
| L. | | |
| M. | | |
| N. | | |
| O. | | |
| 18. PROCEEDS CHECK TO CUST. (16-17) | | |

NOTE: RUN AN ADDING MACHINE TAPE ON THE ABOVE TRANSACTION SUMMARY AND PLACE WITH THE APPLICATION.

AUB.4950.0271

MARRIED PERSONS MAY APPLY FOR CREDIT AS AN INDIVIDUAL. IF THIS IS AN APPLICATION FOR AN INDIVIDUAL ACCOUNT AND YOU ARE RELYING ON YOUR OWN INCOME OR ASSETS (in community property states, separate income or assets) AND NOT THE INCOME OR ASSETS OF ANOTHER PERSON (or community property) FOR REPAYMENT OF THE CREDIT REQUESTED, QUESTIONS RELATIVE TO MARITAL STATUS AND TO INCOME RESOURCES AND ASSETS OF THE SPOUSE'S NEED NOT BE ANSWERED; HOWEVER, ONLY THE APPLICANT'S RESOURCES WILL BE EVALUATED IN DETERMINING CREDIT WORTHINESS.

**LOAN WORKSHEET**

TITLE IS OPTIONAL
☐ MS. ☐ MISS ☐ MR. ☐ MRS. ☐ OTHER

ACCOUNT NO.

IDENTIFICATION 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

ORIGINAL AMT. APPLIED FOR $1200

ORIGINAL PURPOSE Perch Fin

| CREDITORS | BALANCE / SECURITY | MONTHLY PAYMENTS | DATE | AMOUNT | TERMS | BALANCE | SECURITY | NO. PREVIOUS ACCOUNTS | RATING-COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| NAME 1207031 | Ø | | 6/15/90 | 5732.32 | 36@ 141.85 | Ø | PP + 80% Ins. Celica | | |

CUSTOMER'S REFERENCES (DIRECT CALLS)

UTILITY BILLS

GASOLINE EXPENSE

LOAN EXCHANGE     OPEN     CHATTEL SEARCH-REG. OF DEEDS

AUB.4950.0272

CREDIT BUREAU (CITY) _____

| | | |
|---|---|---|
| IN FILE DATE | | SOCIAL SECURITY NUMBER |
| FILE LAST REVISED | | DATE OF BIRTH |
| LAST INQUIRY | | JOINT APPLICANT'S NAME |
| EMPLOYMENT (APPLICANT) | | ADDRESS |
| | | EMPLOYMENT (JOINT APPLICANT) |

| NAME OF CREDITOR | DATE REPORTED | DATE OPENED | AMOUNT | TERMS | BALANCE | SECURITY | RATING COMMENTS |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CONSOLIDATION WORKSHEET

| | | | | |
|---|---|---|---|---|
| AMOUNT NEEDED TO PAY OFF BILLS | $ _____ | | AMOUNT NEEDED TO PAY OFF BILLS | $ _____ |
| AMOUNT FINANCED | $ _____ | | AMOUNT FINANCED | $ _____ |
| New Monthly payment | $ _____ | | New Monthly payment | $ _____ |
| Months to pay | _____ | | Months to pay | _____ |
| Total of payments | $ _____ | | Total of payments | $ _____ |
| Annual Percentage Rate | _____ % | | Annual Percentage Rate | _____ % |
| Total of current monthly payments | $ _____ | | Proposed cash advance | $ _____ |
| Monthly payment proposed | _____ | | Amount needed to pay off bills | _____ |
| **REDUCTION IN MONTHLY OUTLAY** | $ _____ | | **EXTRA CASH PROVIDED** | $ _____ |

THIS LOAN CAN BE MADE IN THE FOLLOWING MANNER:

LOAN MADE

LOAN CLOSER'S REMARKS

DATE: 7/8/25    MGR: _____

```
HM-POOL,JAMES,,,.
CA-BOX 611,RT 2,,NOYASULGA,AL,36866.
ID-SSS-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,BDS-07/05/64.
```

```
30101151 930706 131238 10
```

```
                                    CCCCC    BBBBBB    RRRRRR
                                  CC    CC   BB   BB   RR   RR
POOL, JAMES                       CC         BB   BB   RR   RR
BOX 611                           CC         BBBBBB    RRRRRR
NOYASULGA, AL  36866              CC         BB   BB   RR  RR
                                  CC    CC   BB   BB   RR   RR
SSN:   420088142                    CCCCC    BBBBBB    RR   RR
```

```
                            E A S Y   R E A D
                      CREDIT BUREAU REPORTS, INC.
                      BOX 36403  HOUSTON, TX  77236
```

```
              ---------- IDENTIFICATION ----------
              ---------- MULTIPLE  1 ------------
NAME:    POOLE, JOMES E                    SSN: 420088142 DOB: 07-05-64
AKA:     POOL, JAMES E
```

```
ADDRESS: BOX 614 RT 2 NOTASULGA, AL 36866                DATE:
         BOX 1 ROUTE 1 NOTASULGA, AL 36866
         BOX611 RT2 NOTASULGA, AL 36866
```

```
EMPLOYER:      WEST POINT PEPPERELL
OCCUPATION:    MACHINE OPERATOR

FORMER EMPLOY: LEE CTY SHOP
```

| CREDITOR NAME<br>CREDITOR # | ECOA TYPE<br>DLR | <br>DO | <br>DLA | ACCOUNT NUMBER<br>HIGH | <br>TERM | MOP<br>BAL | HIST<br>PAST | PAYMENT<br>PATTERN | REMARKS<br>30 60 90 |
|---|---|---|---|---|---|---|---|---|---|
| TELCO CU | | I | I | 570450144 | | 9 | | | COLL ACCT |
| 827FC00391 | 05-93 | 10-87 | | 820 | 39 | 820 | | | 00 00 03 |
| CHARGED OFF ACCOUNT | | | | | | | | | |
| TELCO CU | | I | I | 570450143 | | 9 | | | COLL ACCT |
| 827FC00391 | 05-93 | 07-86 | 03-88 | 1768 | 86 | 1768 | | | 00 00 03 |
| CHARGED OFF ACCOUNT | | | | | | | | | |
| CIT | | I | I | 1919-22046205 | | 1 | 6 | | CURRENT |
| 906FF00336 | 05-93 | 10-84 | 05-93 | 32000 | 182 | 8937 | | | |
| FORE FI CR | | I | I | 8-0020060-9001 | | 1 | | | CURRENT |
| 168FZ00882 | 06-92 | 10-84 | 06-92 | 12000 | 207 | | | | |
| TELCO CU | | I | I | 570450145 | | 1 | 14 | | CURRENT |
| 827FC00391 | 06-89 | 03-88 | | 401 | 10 | 0 | | | |
| GREENWD TR | | I | I | 3019420088142 | | 0 | | | TOO NEW |
| 458BB04023 | 04-91 | 03-91 | 03-91 | 1589 | | 0 | | | |
| FORD MO CR | | | | TCA173AT90 | | C | | | CN MEM/STA |
| 822FA00034 | 12-87 | 05-87 | | | | | | | |
| FORD MO CR | | | | CPA173AT90 | | C | 2 | | CN MEM/STA |
| 420FA00036 | 11-87 | 05-87 | 08-87 | | | | | | |
| AMER GENL | | J | I | 1702-01207031 | | 1 | 25 | | CURRENT |
| 881FA00016 | 08-92 | 06-90 | 08-92 | 5132 | 141 | | | | |
| SECURED LOAN | | | | | | | | | |

```
POOL, JAMES                                              PAGE   2
```

| CREDITOR NAME<br>CREDITOR # | ECOA TYPE<br>DLR | <br>DO | <br>DLA | ACCOUNT NUMBER<br>HIGH | <br>TERM | MOP<br>BAL | HIST<br>PAST | PAYMENT<br>PATTERN | REMARKS<br>30 60 90 |
|---|---|---|---|---|---|---|---|---|---|
| AMER GEN | | I | I | 4201511305003 | | 1 | 18 | | CURRENT |
| 149FP00789 | 01-89 | 07-87 | 12-88 | 1080 | 60 | 0 | | | |
| REFINANCED | | | | | | | | | |

```
            -------------- COLLECTION --------------
```

| AGENCY NAME<br>AGENCY CODE | <br>REPORTED | ECOA<br>PAID | CREDITOR<br>AMOUNT | STATUS<br>BALANCE | REMARKS |
|---|---|---|---|---|---|
| CBD COLL | | I | 15950 | | D | UNPAID |
| 881YA00020 | 06-93 | 06-93 | 117 | 117 | | |

AUB.4950.0274

----------------------------- PUBLIC RECORD -----------------------------

| DATE FILED | STATUS | CASE NUMBER | PLAINTIFF/PRIOR ATTORNEY | LIABILITY OR AMOUNT | COURT NUMBER/TYPE |
|---|---|---|---|---|---|
| 12-89 | JUDGMENT | DV88-85 | AL TELCO CU | 2079 | 827VC00047 |
| 10-89 | JUDGMENT | SM88-221 | AL TELCO CU | 996 | 827VC00013 |

----------------- INQUIRY -----------------

| DATE | MEMBER CODE | MEMBER NAME | DATE | MEMBER CODE | MEMBER NAME |
|---|---|---|---|---|---|
| 12-18-92 | 881UG00056 | ALA POWER | 12-03-92 | 881FP00234 | SECURITY |
| 10-21-92 | 409YC00340 | KEY ATTY | 01-31-92 | 881AZ00092 | AMOS MO HO |
| 01-30-92 | 827BB73336 | PEOPLES BK | 12-19-91 | 881BB00097 | FST NA OPE |
| 12-19-91 | 881JA00025 | LORCH | 08-02-91 | 888FC00025 | WPP CR UN |

----------------------- ADDITIONAL BUREAU INFORMATION -----------------------
------------ IDENTIFICATION ------------
------------- MULTIPLE  2 -------------

NAME:   POOL, WILLIE                                SSN: 420088142

ADDRESS: BOX 611 RT 2 RT NOTASULGA, AL 36866                  DATE:

EMPLOYER:    J AND L CONTRACTORS

FORMER EMPLOY: EVANS REALTY

----------------- TRADE -----------------

| CREDITOR NAME CREDITOR # | ECOA DLR | TYPE DO    DLA | ACCOUNT NUMBER HIGH    TERM | MOP BAL | HIST PAST | PAYMENT PATTERN | REMARKS 30 60 90 |
|---|---|---|---|---|---|---|---|
| GECAP/LOWE | I | R | C8222001-9155108 | 1 | 8 | | CURRENT |
| 404FF00965 | 06-93 | 10-92 06-93 | 120    15    107 | | | | |
| AMER GENL | J | I | 1702-01207031 | 1 | 34 | | CURRENT |
| 881FA00016 | 05-93 | 06-90 04-93 | 5132   141   232 | | | | |
| SECURED LOAN | | | | | | | |

POOL, JAMES                                                  PAGE    3

----------------- TRADE -----------------

| CREDITOR NAME CREDITOR # | ECOA DLR | TYPE DO    DLA | ACCOUNT NUMBER HIGH    TERM | MOP BAL | HIST PAST | PAYMENT PATTERN | REMARKS 30 60 90 |
|---|---|---|---|---|---|---|---|
| ALA POW AP | J | I | 5360602239090B61091 | 1 | 1 | | CURRENT |
| 409UE00040 | 05-93 | 03-93 05-93 | 512    14    498 | | | | |
| ALA POW AP | J | I | 5360602239090B10509 | 1 | 5 | | CURRENT |
| 409UE00040 | 05-93 | 11-92 05-93 | 397    11    335 | | | | |
| AMER GENL | I | I | 1702-11088459 | 1 | 17 | | CURRENT |
| 881FA00016 | 00-90 | 02-89 07-90 | 1295   71    0 | | | | |
| SECURED LOAN | | | | | | | |
| ALA POW AP | J | I | 5360602239090B23585 | 1 | 2 | | CURRENT |
| 409UE00040 | 04-90 | 03-88 05-90 | 588    24    0 | | | | |

----------------- INQUIRY -----------------

| DATE | MEMBER CODE | MEMBER NAME | DATE | MEMBER CODE | MEMBER NAME |
|---|---|---|---|---|---|
| 11-29-91 | 881AN00187 | DYAS-NISS | | | |

------- CONSUMER REFERRAL DATA -------

VENDOR:    C B I          LOCATION:     EQUIFAX CREBIT INFO SERVICES
BUREAU ID: CBI                          5505 PEACHTREE DUNWOODY 600
PULL DATE: 930706                       ATLANTA, GA  30342
PULL TIME: 131251                       (404) 612-2585

--------- CBR CUSTOM SCORING ---------

CUSTOMER NUMBER: 30101151      INPUT DATE: 930706      SCORE MODEL: RTS01
ACCESS PORT:        10         INPUT TIME: 131238      SCORE VERSION:        D

            SCORE LEVEL    REASONS
FULL REPORT    105         AGFC - UT - BANK CARD SCORE

----------- END OF REPORT -----------                  AUB.4950.0275

```
NM-POOL,WILLIE,L,,.
CA-LEE RD,111,,NOTASULGA,AL,36866.
ES-,RETIRED,,.
ID-SSS-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,BDS-05/00/30.

30101151 930707 121746 11
                                    CCCCCC    BBBBBBB    RRRRRRR
POOL, WILLIE L                    CC    CC   BB    BB   RR    RR
LEERD 111                         CC         BB    BB   RR    RR
NOTASULGA, AL  36866              CC         BBBBBBB    RRRRRRR
                                  CC         BB    BB   RR  RR
SSN:   419385112                  CC    CC   BB    BB   RR   RR
                                    CCCCCC    BBBBBBB    RR    RR

                                 E A S Y   R E A D
                            CREDIT BUREAU REPORTS, INC.
                            BOX 36403   HOUSTON, TX  77236

              ---------- IDENTIFICATION ----------
              ---------- MULTIPLE  i -----------
NAME:    POOLE, WILLIE LEE
SPOUSE:  PEARLIE                            SSN: 419385112 DOB: 05-30-30

ADDRESS: 611 RT NOTASULGA, AL 36866
         BOX 611 RT 1 NOTASULGA, AL 36866                  DATE:
         RT 2 AUBURN, AL 35000

EMPLOYER:     J&L CONST    AUBURN AL
OCCUPATION:   CARPENTER

FORMER EMPLOY: J & L CONSTRUCTION CO
```

```
                   --------------- TRADE ---------------
CREDITOR NAME     ECOA TYPE    ACCOUNT NUMBER    MOP HIST  PAYMENT   REMARKS
CREDITOR #  DLR    DO   DLA     HIGH    TERM     BAL PAST  PATTERN   30 60 90

GMAC              J   I        1220406-45100      1   35             CURRENT
906FA00034 10-92 09-89 09-92  10000     285       0
 CLOSED ACCOUNT

SOTR BK 1         C   I          7575242647       1    7             CURRENT
881BB00014 07-92 12-91 06-92  17000     295

GMAC              I   I        122-117714633      1   49             CURRENT
906FA00034 08-91 07-87 08-91  12000     258

NATIONSBNK        J   I        210605069039       1   25             CURRENT
401BB02330 02-89 01-87 02-89   1895      78       0                  07 00 00
```

```
              --------------- INQUIRY ---------------
DATE    MEMBER CODE  MEMBER NAME       DATE       MEMBER CODE  MEMBER NAME

12-19-91 881BB00097  FST NA OPE     12-02-91  822BB01246   BARNET-IND

12-02-91 881BB00014  SOTR BK 1      12-02-91  830FA00216   WORLD OMNI

11-30-91 881AM00161  UNIVE MTRS     11-29-91  881BB00071   FST ALA BK

11-29-91 827FA00906  GMAC
POOL, WILLIE L
                                                           PAGE    2
```

```
      ------ CONSUMER REFERRAL DATA ----------

  VENDOR:   C B I       LOCATION:     EQUIFAX CREDIT INFO SERVICES
  BUREAU ID: CBI                      5505 PEACHTREE DUNWOODY 600
  PULL DATE: 930707                   ATLANTA, GA  30342
  PULL TIME: 121751                   (404) 612-2585

          --------- CBR CUSTOM SCORING ---------

CUSTOMER NUMBER: 30101151    INPUT DATE: 930707      SCORE MODEL: RTS01
ACCESS PORT:          11     INPUT TIME: 121746      SCORE VERSION:      D

              SCORE  LEVEL      REASONS
FULL REPORT   -999              TRADE LINES NOT CURRENT - NO SCORE CALCULAT

          ---------- END OF REPORT -----------
```

AUB.4950.0276

MARRIED PERSONS MAY APPLY FOR CREDIT AS AN INDIVIDUAL. IF THIS IS AN APPLICATION FOR AN INDIVIDUAL ACCOUNT AND YOU ARE RELYING ON YOUR OWN INCOME OR ASSETS (in community property states, separate income or assets) AND NOT THE INCOME OR ASSETS OF ANOTHER PERSON (or community property) FOR REPAYMENT OF THE CREDIT REQUESTED, QUESTIONS RELATIVE TO MARITAL STATUS AND TO IN- COME RESOURCES AND ASSETS OF THE SPOUSE'S NEED NOT BE ANSWERED; HOWEVER, ONLY THE APPLICANT'S RESOURCES WILL BE EVALUATED IN DETERMINING CREDIT WORTHINESS

TITLE IS OPTIONAL.
☐ MS. ☐ MISS ☐ MR. ☐ MRS. ☐ OTHER _____

ACCOUNT NO. _____

# APPLICATION FOR LOAN

069-00002 (REV. 10-91)

| POINTS | UNIT CHARGE | AMOUNT OF LATE CHARGE | DUE DATE | RATE-APR |
|---|---|---|---|---|
| BROKERS FEE | | | | |
| APPRAISAL | DATE OF LOAN | FIRST PMT. DUE | FINAL PMT. DUE | AMT. OF LOAN (INCLUDE CHGS) |
| TITLE EXAM | | | | |
| INT | | | | |
| FEE | PRIN. AMT OF LOAN | OFFICIAL FEES | CHARGES | NO. OF PMTS |
| | | | | AMT. OF MO PAYMENTS |

| APPLICANT'S HOME TOWN | JOINT APPLICANT'S HOME TOWN | AMT. OF LOAN LESS CHGS FEES AND ALL INS PREMS |
|---|---|---|

SECURITY options:
- DECREASING TERM LIFE
- LEVEL TERM LIFE
- JOINT LIFE
- A & H
- PERS PROP / TERM
- DEDUCT / INS AGENT
- MARINE AUTO / CLASS PHONE

| CREDITORS - AUTO - FURN. - LOANS - BANKS - MAIL ORDER - PO- SUPPORT | BALANCE SECURITY | MONTHLY PAYMENTS |
|---|---|---|
| NAME | $ | |
| ADDRESS | | PHONE |
| NAME | $ | |
| ADDRESS | | PHONE |
| NAME Loan ADDRESS | 107 | 15 |
| NAME Ala Pow ADDRESS | 498 | 14 |
| NAME Ala Pow ADDRESS | 305 | 11 |
| NAME | $ | |
| ADDRESS | | PHONE |
| NAME | $ | |
| ADDRESS | | PHONE |
| NAME | $ | |
| ADDRESS | | PHONE |
| UTILITY BILLS | $ | |
| GASOLINE EXPENSE | $ | |
| CHILD CARE EXPENSES | $ | |
| CHILD SUPPORT/ALIMONY | $ | |
| TOTAL OF BALANCE DUE ON OPEN ACCOUNTS | $ | TOT. MO. PMTS $ |

COMPLETE SECTION ON REVERSE IF PURCHASE MONEY RESIDENTIAL LOAN

NAME AND ADDRESS OF YOUR BANKS: AmSouth
- CHECK ACCT
- SVGS. PASSBOOK
- SVGS. CERTIFICATE

ORIGINAL AMT APPLIED FOR 1000
ORIGINAL PURPOSE C/s

| BUDGET AFTER LOAN IS MADE | | REAL ESTATE | |
|---|---|---|---|
| GROSS INCOME | TAKE HOME PAY | LANDLORD OR MORTGAGE HOLDER Owns | |
| APPLICANT'S JOB | | ADDRESS | |
| JOINT APPLICANT'S JOB | | NAME OF ALL TITLE HOLDERS | |
| APPLICANT'S OTHER JOB | | | |
| JOINT APPLICANT'S OTHER JOB | | RENTING | |
| PENSION | | 1ST ☐ MORTGAGE ☐ CONTRACT | $ ✗ MO |
| RENTAL INCOME | | 2ND ☐ MORTGAGE ☐ CONTRACT | $ MO |
| DIVIDENDS | | MKT VALUE 37000 | TOTAL MO PMTS R E |
| | | BAL 1st $ | |

APPLICANT'S ☐ JOINT APPLICANT'S ☐
Income from alimony, child support, or separate main- tenance payments need not be revealed if you do not choose to have it considered as a basis for repaying the obligation. Other income. $ _____ per _____
Source of other income _____
Alimony, child support, separate maintenance received under court order ☐ written agreement ☐ verbal understanding ☐

| | GROSS | OTHER | NET |
|---|---|---|---|
| | | TOTAL INCOME | |
| LESS AMT. OF RE/RENT PMT. | | | $ |
| LESS UNCONSOLIDATED PMTS. | | | $ |
| LESS NEW PAYMENT ON OUR LOAN | | | $ |
| NET AMT. LEFT AFTER LOAN | | | $ |

DUE 2nd
EQUITY $ | PURCHASE PRICE
DESCRIPTION OF R.E. OR MOBILE HOME

| ASSETS | AUTO-BOAT-STOCK INS.-RETIREMENT-ETC |
|---|---|
| RMS. HHG | |
| LIFE INS. | |
| | Van |
| | Chev Pic |

LOAN APP. MADE BY
☐ WALK IN ☒ PHONE
APP. TAKEN BY
LOAN CLOSED BY MDCA

THE APPLICANT(S) WHOSE SIGNATURE(S) APPEAR BELOW REPRESENT AND WARRANT THAT
1. THE APPLICATION AND FINANCIAL STATEMENT WAS MADE FOR THE PURPOSES SHOWING THE ABILITY TO REPAY SAME AND INDUCE THE LOAN CORPORATION TO MAKE THE LOAN.

2. THE LIST OF CREDITORS SHOWN HEREON IS A FULL, COMPLETE, AND CORRECT LIST OF ALL DEBTS, BILLS AND LIABILITIES.
3. THAT THEY HAVE REVIEWED THIS APPLICATION AND IT IS TRUE AND CORRECT.

AUB.4950.0277

I/We authorize the Lending Institution to make whatever credit inquiries that it deems necessary in connection with this credit application or in the course of review or collection of any credit extended in reliance on this application. I/We also agree that you may provide information about my account, consumer report information and other information you may have about me to affiliates of yours for possible marketing to you of financial services provided by your affiliates. I/We authorize and instruct any person or consumer reporting agency to compile and furnish to the Lending Institution any information that it may have or obtain in response to such credit inquiries and agree that such information along with this application, shall remain the Lending Institutions property whether or not credit is extended.

FOR ILLINOIS RESIDENTS: I/We understand that from time to time you will notify your customers when additional financial services are available to them, that this is done by telephone and /or mail, and that such services may include negotiable checks which I/We may endorse to get the loan represented by the check or destroy if I/We do not wish to accept the loan offer. (If applicant(s) does not wish to receive above described solicitation above paragraph should be stricken.)

FOR ILLINOIS RESIDENTS APPLYING FOR OPEN END CREDIT: Residents of Illinois may contact the Illinois Commissioner of Banks and Trust Companies for comparative information on interest rates, charges, fees and grace periods. State of Illinois-CIP, P.O. Box 10181, Springfield, IL 62791 or call 1(800)634-5452.

FOR NEW YORK RESIDENTS: Consumer reports on you may be requested in connection with your application and we may request or use subsequent reports in connection with an update, renewal or extension of credit for which you have applied. Upon your request, we will inform you whether or not we requested a consumer report on you and the name and address of the consumer reporting agencies that furnished such reports.

FOR OHIO RESIDENTS: The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance of this law.

FOR MARRIED WISCONSIN RESIDENTS: No provision of any marital property agreement, unilateral statement, or court order applying to marital property will adversely affect a creditors interest unless, prior to the time credit is granted, the creditor is furnished a copy of the agreement, statement or court order, or has actual knowledge of the provision. In addition, I must send you the name and address of my spouse within 15 days so that you can provide my spouse with a disclosure required under Wisconsin law.

_____          _____
Applicant's Signature                                                    Joint Applicant's Signature

AUB.4950.0278

## NEW PURCHASES

DEALER'S NAME _____ TIME _____ ☐ AM ☐ PM

CASH SELLING PRICE ........................ $ _____

DOWN PAYMENT CASH ........................ $ _____

TRADE-IN ALLOWANCE ..... $ _____ (DESCRIBE _____ )

OWED ON TRADE-IN ........ $ _____

EQUITY IN TRADE-IN ........ $ _____

TOTAL DOWN PAYMENT ........................ $ _____

UNPAID BALANCE ........................ $ _____

AUTO INS .... DED. COMP. ___ DED. COLL. ___ COLL CLASS ___

FILING OR REC. FEES (IF ANY) ........ $ _____

TAX (IF ANY) ........ $ _____

PRINCIPAL BALANCE ........ $ _____

DEALER CALLS            DEALER NAME'S

NOTICE: THE FOLLOWING IS TO BE COMPLETED ONLY IF THIS IS AN APPLICATION FOR A LOAN FOR HOME IMPROVEMENT OR THE PURCHASE, REFINANCING OR CONSTRUCTION OF A DWELLING TO BE USED AS A PRINCIPAL RESIDENCE.

### INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the federal government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may neither discriminate on the basis of this information, nor on whether you choose to furnish it. However, if you choose not to furnish this information, and you have made this application in person, under federal regulation the lender is required to note race or national origin and sex on the basis of visual observance or surname. If you do not wish to furnish the information please check below.

**BORROWER**

Race/National Origin: ☐ AMERICAN INDIAN ALASKAN NATIVE  ☐ HISPANIC
☐ ASIAN PACIFIC ISLANDER  ☐ WHITE
☐ BLACK  ☐ OTHER (SPECIFY)

SEX: ☐ FEMALE  ☐ MALE

MARITAL STATUS: ☐ MARRIED  ☐ SEPARATED
☐ UNMARRIED (INC. SINGLE, DIVORCED, WIDOWED)

AGE _____ YEARS

I DECLINE TO FURNISH THIS INFORMATION _____ (INITIALS)

**CO BORROWER**

☐ AMERICAN INDIAN ALASKAN NATIVE  ☐ HISPANIC
☐ ASIAN PACIFIC ISLANDER  ☐ WHITE
☐ BLACK  ☐ OTHER (SPECIFY)
☐ FEMALE  ☐ MALE
☐ MARRIED  ☐ SEPARATED
☐ UNMARRIED (INC. SINGLE, DIVORCED, WIDOWED)
YEARS _____

I DECLINE TO FURNISH THIS INFORMATION _____ (INITIALS)

## TRANSACTION SUMMARY

| | | | A. | B. |
|---|---|---|---|---|
| 1. AMOUNT OF LOAN | | | | |
| 2. POINTS | | | | |
| 3. BROKER FEES | | | | |
| 4. INTEREST | | | | |
| 5. SERVICE CHARGE | | | | |
| 6. "A" BLANK (2+3+4+5) | "B" BLANK (1-6A) | | A. | B. |
| 7. LIFE INS. PREMIUM | | | | |
| 8. A & H INS. PREMIUM | | | | |
| 9. HHG INS. PREMIUM | | | | |
| 10. PERS. PROPERTY INS. PREMIUM | | | | |

COLL LESS ☐ ___  COMP ___  $ ___ DED. COLL ☐  $ ___ DED. COMP ☐  P.E. ☐  TOWING ☐
FIRE AND THEFT ☐  CAC ☐  COMB EXCL GLASS ☐  NADA ☐  $ ___
T & L ___  P.E. ☐  DR. LIC. NO.  DATE OF BIRTH
INS. AGENT ___  TERR.  OTHER OPR. NAME  AGE
INS. BEGINS 12:01 P.M  SYMBOL  DR. LIC. NO  DATE OF BIRTH
INS. EXPIRES 12:01 A.M.  COLL CLASS  OTHER OPR. NAME  AGE
YOUNGEST MALE DRIVER  AGE MARRIED SINGLE  DR. LIC NO  DATE OF BIRTH
OWNER OR PRIN. DRIVER?  POL. PERIOD FROM ___ TO ___ 19__

| 11. OTHER INS. (TYPE) | | | |
| 12. TAX (TYPE) | | | |
| 13. OFF. FEE. R.E. C.M. AUTO | | | |
| 14. APPRAISAL | | | |
| 15. TITLE EXAM | | | |
| 16. CASH ADVANCE (6-7-8-9-10-11-12-13,-4-15) | | | |
| 17A. NET BALANCE  A/C # | CHECK FOR BAL | | |
| B. NET BALANCE  A/C # | 17 B. CHECK FOR BAL | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| 18. PROCEEDS CHECK TO CUST. (16-17) | | | |

NOTE: RUN AN ADDING MACHINE TAPE ON THE ABOVE TRANSACTION SUMMARY AND PLACE WITH THE APPLICATION.

AUB.4950.0279

MARRIED PERSONS MAY APPLY FOR CREDIT AS AN INDIVIDUAL. IF THIS IS AN APPLICATION FOR AN INDIVIDUAL ACCOUNT AND YOU ARE RELYING ON YOUR OWN INCOME OR ASSETS (in community property states, separate income or assets) AND NOT THE INCOME OR ASSETS OF ANOTHER PERSON (or community property) FOR REPAYMENT OF THE CREDIT REQUESTED, QUESTIONS RELATIVE TO MARITAL STATUS AND TO INCOME RESOURCES AND ASSETS OF THE SPOUSE'S NEED NOT BE ANSWERED; HOWEVER, ONLY THE APPLICANT'S RESOURCES WILL BE EVALUATED IN DETERMINING CREDIT WORTHINESS.

TITLE IS OPTIONAL
☐ MS. ☐ MISS ☐ MR. ☐ MRS. ☐ OTHER _____

**LOAN WORKSHEET**

ACCOUNT NO. _____

| CREDITORS - AUTO - FURN. - LOANS - BANKS - MAIL ORDER - PO - SUPPORT | BALANCE SECURITY | MONTHLY PAYMENTS | DATE | AMOUNT | TERMS | BALANCE | SECURITY | NO. PREVIOUS ACCOUNTS | RATING-COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| NAME | $ | $ | | | | | | | LAST PD NEXT DUE |
| ADDRESS | | PHONE | | | | | | | |
| NAME | $ | $ | | | | | | | LAST PD NEXT DUE |
| ADDRESS | | PHONE | | | | | | | |
| NAME  Loan | 107 | 15 | 10/92 | 120 | 15 | 107 | | | E 1 |
| ADDRESS | | PHONE | | | | | | | LAST PD NEXT DUE |
| NAME  Ala Pow | 498 | 14 | 3/93 | 512 | 14 | 498 | | | I 1 |
| ADDRESS | | PHONE | | | | | | | LAST PD NEXT DUE |
| NAME  Ala Pow | 385 | 11 | 11/92 | 397 | 11 | 385 | | | I 1 |
| ADDRESS | | PHONE | | | | | | | LAST PD NEXT DUE |
| NAME | $ | $ | | | | | | | LAST PD NEXT DUE |
| ADDRESS | | PHONE | | | | | | | |
| NAME | $ | $ | | | | | | | LAST PD NEXT DUE |
| ADDRESS | | PHONE | | | | | | | |
| NAME | $ | $ | | | | | | | LAST PD NEXT DUE |
| ADDRESS | | PHONE | | | | | | | |
| UTILITY BILLS | | $ | | | | | | | LAST PD NEXT DUE |
| GASOLINE EXPENSE | | $ | | | | | | | LAST PD NEXT DUE |

| TYPE OF INSURANCE | EXPIRATION | TYPE OF INSURANCE | EXPIRATION |
|---|---|---|---|
| | | | |

| LOAN EXCHANGE | OPEN | CHATTEL SEARCH-REG. OF DEEDS | | |
|---|---|---|---|---|
| NAME OF COMPANY | | DATE FILED | NAME | SECURITY |
| | | | | |

AUB.4950.0280

CREDIT BUREAU (CITY) _____

SOCIAL SECURITY NUMBER _____

| IN FILE DATE | | DATE OF BIRTH | |
| FILE LAST REVISED | | JOINT APPLICANT'S NAME | |
| LAST INQUIRY | | ADDRESS | |
| EMPLOYMENT (APPLICANT) | | EMPLOYMENT (JOINT APPLICANT) | |

| NAME OF CREDITOR | DATE REPORTED | DATE OPENED | AMOUNT | TERMS | BALANCE | SECURITY | RATING COMMENTS |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CONSOLIDATION WORKSHEET

AMOUNT NEEDED
TO PAY OFF BILLS                    $ _____
AMOUNT FINANCED                     $ _____
New Monthly payment                 $ _____
Months to pay                         _____
Total of payments                   $ _____
Annual Percentage Rate              _____ %
    Total of current monthly        $ _____
    payments
    Monthly payment proposed        — _____
**REDUCTION IN MONTHLY**            $ _____
**OUTLAY**

AMOUNT NEEDED
TO PAY OFF BILLS                    $ _____
AMOUNT FINANCED                     $ _____
New Monthly payment                 $ _____
Months to pay                         _____
Total of payments                   $ _____
Annual Percentage Rate              _____ %
Proposed cash advance               $ _____
Amount needed to pay off bills      — _____
**EXTRA CASH PROVIDED**             $ _____

THIS LOAN CAN BE MADE IN THE FOLLOWING MANNER: _____
_____
_____
_____

LOAN MADE _____
_____
_____

LOAN CLOSER'S REMARKS _____
_____

                                        DATE: _____    MGR: _____

AUB.4950.0281

MARRIED PERSONS MAY APPLY FOR CREDIT AS AN INDIVIDUAL. IF THIS IS AN APPLICATION FOR AN INDIVIDUAL ACCOUNT AND YOU ARE RELYING ON YOUR OWN INCOME OR ASSETS (in community property states, separate income or assets) AND NOT THE INCOME OR ASSETS OF ANOTHER PERSON (or community property) FOR REPAYMENT OF THE CREDIT REQUESTED, QUESTIONS RELATIVE TO MARITAL STATUS AND TO INCOME, RESOURCES AND ASSETS OF THE SPOUSE'S NEED NOT BE ANSWERED; HOWEVER, ONLY THE APPLICANT'S RESOURCES WILL BE EVALUATED IN DETERMINING CREDIT WORTHINESS.

TITLE IS OPTIONAL
☐ MS. ☐ MISS ☑ MR. ☐ MRS. ☐ OTHER _____

# APPLICATION FOR LOAN

069-00002
(REV. 7-88)

ACCOUNT NO.

| | | | | POINTS | UNIT CHARGE | AMOUNT OF LATE CHARGE | DUE DATE | RATE-APR |
|---|---|---|---|---|---|---|---|---|
| BROKERS FEE | | | | | | | 25 | 24.02 |

| | DATE OF LOAN | FIRST PMT. DUE | FINAL PMT. DUE | AMT. OF LOAN (INCLUD CHGS) |
|---|---|---|---|---|
| APPRAISAL | | | | |
| TITLE EXAM | 4/25/90 | 7/25/90 | 6/25/93 | 5132.32 |
| FEE | 7658.22 | 3474.10 | 1500 | 141.85 |
| | | PRIN. AMT. OF LOAN | OFFICIAL FEES | NO OF PMTS |

BUDGET AFTER LOAN IS MADE ...

| CREDITORS - AUTO - FURN. - LOANS - BANKS - MAIL ORDER - PC - SUPPORT | BALANCE SECURITY | MONTHLY PAYMENTS |
|---|---|---|
| | 476.00 | 68.00 |
| | 215.85 | 71.95 |
| GMAC | 3883 | 858 |
| GMAC | 8270 | 285 |
| NAME | | |
| ADDRESS | | |
| NAME | | |
| ADDRESS | | |
| NAME | | |
| ADDRESS | | |
| NAME | | |
| ADDRESS | | |

UTILITY BILLS — 100
GASOLINE EXPENSE — 50
CHILD CARE EXPENSES
CHILD SUPPORT/ALIMONY

TOTAL OF BALANCE DUE ON OPEN ACCOUNTS — 18,844.85
TOT MO PMTS — 832.95

REAL ESTATE

LANDLORD OR MORTGAGE HOLDER — OWNS
NAME OF ALL TITLE HOLDERS
RENTING — 1ST ☐ MORTGAGE ☐ CONTRACT
2ND ☐ MORTGAGE ☐ CONTRACT
MKT. VALUE — 37000
EQUITY — 24050

APPLICANT'S ☐ JOINT APPLICANT'S ☐
Income from alimony, child support, or separate maintenance payments need not be revealed if you do not choose to have it considered as a basis for repaying this obligation. Other income _____ per _____
Source of other income _____
Alimony, child support, separate maintenance received under court order ☐ written agreement ☐ verbal understanding ☐

OTHER
GROSS / NET — 1300
TOTAL INCOME
LESS AMT. OF R.E./RENT PMT.
LESS UNCONSOLIDATED PMTS. — 765
LESS NEW PAYMENT ON OUR LOAN — 142
NET AMT. LEFT AFTER LOAN — 392

ASSETS — AUTO-BOAT-STOCK INS.-RETIREMENT-ETC.
RMS. HHG
LIFE INS

LOAN APP. MADE BY
☑ WALK IN ☐ PHONE
APP. TAKEN BY
LOAN CLOSED BY
MDCA — 2900

THE APPLICANT(S) WHOSE SIGNATURE(S) APPEAR BELOW REPRESENT AND WARRANT THAT THE APPLICATION AND FINANCIAL STATEMENT WAS MADE FOR THE PURPOSES SHOWING THE ABILITY TO REPAY SAME AND INDUCE THE LOAN CORPORATION TO MAKE THE LOAN.

THE LIST OF CREDITORS SHOWN HEREON IS A FULL, COMPLETE, AND CORRECT LIST OF ALL DEBTS, BILLS AND LIABILITIES.

I/We authorize the Lending Institution to make whatever credit inquiries that it deems necessary in connection with this credit application or in the course of review or collection of any credit extended in reliance on this application. I/We authorize and instruct any person or consumer reporting agency to compile and furnish to the Lending Institution any information that it may have or obtain in response to such credit inquiries and agree that such information, along with this application, shall remain the Lending Institution's property whether or not credit is extended.

Applicant's Signature _____

Joint Applicant's Signature _____

AUB.4950.0282

NEW PURCHASES

DEALER'S NAME _____ TIME _____  ☐ AM  ☐ PM

CASH SELLING PRICE . . . . . . . . . . . . . . . . . . . . $ _____

DOWN PAYMENT CASH . . . . . . . . . . $ _____

TRADE-IN ALLOWANCE . . . . . . $ _____ (DESCRIBE _____ )

OWED ON TRADE-IN . . . . . . $ _____

EQUITY IN TRADE-IN . . . . . . . . . . . . . . . $ _____

TOTAL DOWN PAYMENT . . . . . . . . . . . . . . . . . . . . $ _____

UNPAID BALANCE . . . . . . . . . . . . . . . . . . . . $ _____

AUTO        DED.            DED.            COLL.
INS _____  COMP. _____  COLL. _____  CLASS _____   $ _____

FILING OR REC. FEES (IF ANY) . . . . . . . . . . . . . . . . . . . . $ _____

_____ TAX (IF ANY) . . . . . . . . . . . . . . . . . . . . $ _____

PRINCIPAL BALANCE . . . . . . . . . . . . . . . . . . . . $ _____

DEALER CALLS                    DEALER NAME'S

NOTICE: THE FOLLOWING IS TO BE COMPLETED ONLY IF THIS IS AN APPLICATION FOR A LOAN FOR THE PURCHASE, REFINANCING OR CONSTRUCTION OF A DWELLING TO BE USED AS A PRINCIPAL RESIDENCE.

INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the federal government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity and fair housing laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may neither discriminate on the basis of this information, nor on whether you choose to furnish it. However, if you choose not to furnish this information, under federal regulation the lender is required to note race or national origin and sex on the basis of visual observance or surname. If you do not wish to furnish the information please check below.

BORROWER

Race-         ☐ AMERICAN INDIAN           ☐ HISPANIC
National        ALASKAN NATIVE
Origin        ☐ ASIAN                     ☐ WHITE
                PACIFIC ISLANDER
              ☐ BLACK                     ☐ OTHER (SPECIFY) _____
SEX           ☐ FEMALE                    ☐ MALE
MARITAL       ☐ MARRIED                   ☐ SEPARATED
STATUS        ☐ UNMARRIED (INC. SINGLE, DIVORCED, WIDOWED)
AGE           ____ YEARS
              I DECLINE TO FURNISH THIS INFORMATION _____ [INITIALS]

CO BORROWER

              ☐ AMERICAN INDIAN           ☐ HISPANIC
                ALASKAN NATIVE
              ☐ ASIAN                     ☐ WHITE
                PACIFIC ISLANDER
              ☐ BLACK                     ☐ OTHER (SPECIFY) _____
              ☐ FEMALE                    ☐ MALE
              ☐ MARRIED                   ☐ SEPARATED
              ☐ UNMARRIED (INC. SINGLE, DIVORCED, WIDOWED)
              ____ YEARS
              I DECLINE TO FURNISH THIS INFORMATION _____ [INITIALS]

TRANSACTION SUMMARY

| | | |
|---|---|---|
| 1. AMOUNT OF LOAN | | |
| 2. POINTS | | |
| 3. BROKER FEES | | |
| 4. INTEREST | | |
| 5. SERVICE CHARGE | | |
| 6. "A" BLANK (2+3+4+5)  "B" BLANK (1-6A) | A. | B. |
| 7. LIFE INS. PREMIUM | | |
| 8. A & H INS. PREMIUM | | |
| 9. HHG INS. PREMIUM | | |
| 10. PERS. PROPERTY INS. PREMIUM | | |

COLL $ _____ LESS ☐  COMP _____ ☐   $ _____ DED. COLL. ☐ P.E.
                                         $ _____ DED. COMP. ☐ TOWING
FIRE AND ☐  CAC _____ ☐   COMB. EXCL. GLASS ☐   NADA
THEFT                                              $ _____
T & L ☐  P.E. _____ ☐   DR. LIC. NO.            DATE OF BIRTH

INS        TERR.          OTHER OPR. NAME          AGE
AGENT

INS. BEGINS      SYMBOL    DR. LIC. NO.            DATE OF BIRTH
12:01 P.M.

INS. EXPIRES     COLL      OTHER OPR. NAME          AGE
12:01 A.M.       CLASS

              AGE   MARRIED  SINGLE   DR. LIC. NO.          DATE OF BIRTH
YOUNGEST
MALE
DRIVER   OWNER OR                     POL. PERIOD
         PRIN. DRIVER?                FROM
                                      _____ TO _____ 19 ___

| | | |
|---|---|---|
| 11. OTHER INS. (TYPE) | | |
| 12. TAX (TYPE) | | |
| 13. OFF. FEE. R.E. C.M. AUTO | | |
| 14. APPRAISAL | | |
| 15. TITLE EXAM | | |
| 16. CASH ADVANCE | [6-7-8-9-10-11-12-13-14-15] | |
| 17A. NET BALANCE | A/C # ___ CHECK FOR BAL. | |
| B. NET BALANCE | 17 B CHECK FOR BAL. A/C # ___ | |
| C. | | |
| D. | | |
| E. | | |
| F. | | |
| G. | | |
| H. | | |
| I. | | |
| J. | | |
| K. | | |
| L. | | |
| M. | | |
| N. | | |
| O. | | |
| 18. PROCEEDS CHECK TO CUST. (16-17) | | |

NOTE: RUN AN ADDING MACHINE TAPE ON THE ABOVE TRANSACTION SUMMARY AND PLACE WITH THE APPLICATION.

AUB.4950.0283

MARRIED PERSONS MAY APPLY FOR CREDIT AS AN INDIVIDUAL. IF THIS IS AN APPLICATION FOR AN INDIVIDUAL ACCOUNT AND YOU ARE RELYING ON YOUR OWN INCOME OR ASSETS (in community property states, separate income or assets) AND NOT THE INCOME OR ASSETS OF ANOTHER PERSON (or community property) FOR REPAYMENT OF THE CREDIT REQUESTED, QUESTIONS RELATIVE TO MARITAL STATUS AND TO INCOME, RESOURCES AND ASSETS OF THE SPOUSE'S NEED NOT BE ANSWERED; HOWEVER, ONLY THE APPLICANT'S RESOURCES WILL BE EVALUATED IN DETERMINING CREDIT WORTHINESS.

## LOAN WORKSHEET

TITLE IS OPTIONAL
☐ MS. ☐ MISS ☐ MR. ☐ MRS. ☐ OTHER ___

| | | |
|---|---|---|
| WORST CREDIT REFERENCE | | 15 |
| NO. OF EXCELLENT REFERENCES | | 4 9 |
| CREDIT REPORT | | |
| TOTAL POINTS | | 75 |

| | |
|---|---|
| CTA CREDIT | 18 |
| PHONE | 5 |
| HOME | 11 |
| TIME AT ADDRESS | 4 |
| TIME ON JOB | 4 6 |
| AGE OF AUTO | 4 |
| BANK ACCT | 8 |
| CREDIT CARDS | 8 0 |
| TOTAL BEFORE CREDIT REPORT | 56 |

TYPE OF MORTGAGE-MTG. HOLDER   DATE MTG. OPEN   HIGH AMOUNT

AMT. OF PAYMENTS   BALANCE   ACCT. STATUS

PREVIOUS LANDLORD-MTG. HOLDER

PRESENT JOB-HOW VERIFIED

| CREDITORS - AUTO - FURN. - LOANS - BANKS - MAIL ORDER - PC - SUPPORT | BALANCE SECURITY | MONTHLY PAYMENTS | DATE | AMOUNT | TERMS | BALANCE | SECURITY | NO. PREVIOUS ACCOUNTS | RATING COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| NAME | 416.9 | | 12/19/88 | 1280.83 | 24 @ 68 | 476.00 | PP | | LAST PD 5/24 NEXT DUE 6/33 |
| NAME | 215.85 | 71.95 | 2/21/89 | 1295.10 | 18 @ 71.95 | 215.85 | PP | | LAST PD 5/25 NEXT DUE 6/21 1 1 CB |
| NAME | 3883 | 258 | 7/87 | 12K | 258 | 3883 | | | I 1 CB |
| NAME | 8270 | 285 | 9/89 | 10K | 285 | 8270 | Van | | I 1 CB |
| NAME | | | | | | | | | |
| NAME | | | | | | | | | |
| NAME | | | | | | | | | |
| NAME | | | | | | | | | |
| UTILITY BILLS | | | | | | | | | |
| GASOLINE EXPENSE | | | | | | | | | |

TYPE OF INSURANCE   EXPIRATION   TYPE OF INSURANCE   EXPIRATION

LOAN EXCHANGE   OPEN   CHATTEL SEARCH-REG. OF DEEDS

NAME OF COMPANY

AUB.4950.0284

CREDIT BUREAU (CITY) _____

| | |
|---|---|
| | SOCIAL SECURITY NUMBER |
| IN FILE DATE | DATE OF BIRTH |
| FILE LAST REVISED | JOINT APPLICANT'S NAME |
| LAST INQUIRY | ADDRESS |
| EMPLOYMENT (APPLICANT) | EMPLOYMENT (JOINT APPLICANT) |

| NAME OF CREDITOR | DATE REPORTED | DATE OPENED | AMOUNT | TERMS | BALANCE | SECURITY | RATING COMMENTS |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CONSOLIDATION WORKSHEET

| | | | |
|---|---|---|---|
| AMOUNT NEEDED TO PAY OFF BILLS | $ _____ | AMOUNT NEEDED TO PAY OFF BILLS | $ _____ |
| AMOUNT FINANCED | $ _____ | AMOUNT FINANCED | $ _____ |
| New Monthly payment | $ _____ | New Monthly payment | $ _____ |
| Months to pay | _____ | Months to pay | _____ |
| Total of payments | $ _____ | Total of payments | $ _____ |
| Annual Percentage Rate | _____ % | Annual Percentage Rate | _____ % |
| Total of current monthly payments | $ _____ | Proposed cash advance | $ _____ |
| Monthly payment proposed | _____ | Amount needed to pay off bills | _____ |
| **REDUCTION IN MONTHLY OUTLAY** | $ _____ | **EXTRA CASH PROVIDED** | $ _____ |

THIS LOAN CAN BE MADE IN THE FOLLOWING MANNER:     *C/o with Box*
*buy income*
*36 X 142 - $2938 - 27%*

LOAN MADE _____

LOAN CLOSER'S REMARKS _____

DATE: *6/15/01*     MGR. *H. Howell*

AUB.4950.0285

```
NM-POOL,WILLIE,LEE,,..
CA-BOX 611,RT 2,,NOTASULGA,AL,36866.
ES-,J AND L CONTRACTORS,,.
ID-SSS-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.
```


```
  +  101 CB OF MONT 435 S MCDONOUGH BOX 4599 MONTGOMERY AL 36192 (205)834-2710

+POOL,WILLIE   SINCE 02/19/83  FAD 04/04/90          FN-312
 BOX 611,RT 2,RT,NOTASULGA,AL,36866
 BDS-05/30/30,SSS-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
01 ES-,EVANS REALTY
02 EF-CARPENTER,J&L CONTRACTORS
03 E2-,J AND L CONTRACTORS

+SUM-02/83-04/90,PR/DI-NO,FB-NO, ACCTS:2,HC$918-1295, 2-ONES.

+INQS-JHNS GLRS   881HF17      04/04/90    AMER GENL   881FA16    03/22/90
      GMAC       827FA906      09/25/89    DYAS CHEVY  881AN21    09/25/89
      AMSOUTH DB 827BB946      09/25/89    OMNI FN CO  409FA80    09/25/89
      AMER GENL  881FA16       02/21/89    AMER GENL   881FA16    12/16/88


  +   FIRM/ID CODE       RPTD  OPND  H/C TRM  BAL P/D CS MR ECOA   ACCOUNT NUMBER
AMER GEN   +149FP789     04/90 02/89 1295 71    287    I1 13 I      1702-11088459
     SECURED LOAN
AMSOUTH    +881BB30      03/84 02/83  918         0    I1 13 I 1085000003181002572


  +  101 CB OF MONT 435 S MCDONOUGH BOX 4599 MONTGOMERY AL 36192 (205)834-2710

+POOLE,WILLIE,LEE,,PEARLIE   SINCE 01/00/75  FAD 04/04/90         FN-201
 BOX 611,RT 1,,NOTASULGA,AL,36866.CRT RPTD 04/90
 RT 2,,,AUBURN,AL,35000.DAT RPTD 06/87
 BOX 611,RT 2,,NOTASULGA,AL,36866.CRT RPTD 02/85
 BDS-05/30/30,SSS-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
01 ES-,EVANS REALTY
02 EF-J AND L CONTRACOTRS
03 E2-RETIRED

+SUM-12/83-05/90,PR/DI-YES,FB-NO, ACCTS:4,HC$1895-12428, 4-ONES.

++++++ PUBLIC RECORDS OR OTHER INFORMATION ++++++
04 02/85 JUDG,827VC13, $1900,DEF-SUBJ,827DV84204,TUSK WHOLESALE
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

+INQS-JHNS GLRS   881HF17      04/04/90

  +  FIRM/ID CODE        RPTD  OPND  H/C TRM  BAL P/D CS MR ECOA   ACCOUNT NUMBER
GMAC       +906FA34      05/90 07/87 12K 258 3883      I1 33 I      122-117714633
GMAC       +906FA34      05/90 09/89 10K 285 8270      I1 07 J      122-040645100
C & S      +401BB4914    02/89 01/87 1895 24M    0     I1 25 J       210605069039
   30(07)60(00)90(00)                                            DLA 02/89
FARMERS BK+881BB63       10/86 12/83 2543 70           I1 34 I          8411830

END OF REPORT    CBI AND AFFILIATES  -  06/15/90     LINKED


++PHONE DISCONNECTED++

(C)reate,(X)mit,(E)dit,(D)elete,(L)ist,(S)etup?
```

AUB.4950.0286