IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE MASON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 3:05-cv-752-F |
| | ) | |
| AMERICAN INTERNATIONAL | ) | |
| GROUP, INC., et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

This cause is before the Court on Defendants' Motion for Additional Time to Respond to Plaintiff's Motion to Remand for the Purpose of Conducting Remand-Related Discovery (Doc. # 17). It is hereby

ORDERED that the order to show cause as to why Plaintiff's Motion to Remand should not be granted (Doc. # 16) is VACATED. The Court will enter a new briefing schedule on the Motion to Remand at a later date.

DONE this 22nd day of September, 2005.

/s/ Mark E. Fuller

CHIEF UNITED STATES DISTRICT JUDGE