IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GEORGE MASON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 3:05-cv-752-F |
| | ) |
| AMERICAN INTERNATIONAL | ) |
| GROUP, INC., et. al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This cause is before the Court on Defendants' Motion to Substitute Exhibit (Doc. # 20). It is hereby

ORDERED that Defendants' Motion is GRANTED.

DONE this 27th day of September, 2005.

                                              /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE