IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GEORGE MASON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No: 3:05-cv-752-F |
| | ) |
| AMERICAN INTERNATIONAL | ) |
| GROUP, INC., et. al., | ) |
| | ) |
|    Defendants. | ) |

## **ORDER**

This cause is before the Court on Defendants' Motion for Leave to File a Response (Doc. # 24). Upon consideration, it is hereby ORDERED that the motion is GRANTED.

DONE this 1ˢᵗ day of December, 2005.

                                          /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE