IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KEN NICHOLSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO 05-0625-CG-D |
| | ) |
| AMERICAN GENERAL FINANCIAL | ) |
| SERVICES, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

ORDER

This matter is before the Court on "Defendants' Motion to Conduct Remand-Related Discovery on the Issue of Plaintiff's Knowledge of his Causes of Action During his Prior Bankruptcy Case" (Doc. 12) Upon consideration, defendants' motion is **GRANTED**.

On December 12, 2005 the parties filed the parties planning meeting report pursuant to Fed. R. Civ. P. 26(f). (Doc. 11) On December 14, 2005 the undersigned entered a Rule 16(b) Scheduling Order in this action. (Doc. 14) Thus, the parties may conduct discovery according to the scheduling order, including discovery on the issues raised on the motion to remand.[1]

DONE and ORDERED this the 15th day of December 2005.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES MAGISTRATE JUDGE

---

[1] On November 23 2005, plaintiff filed a motion to remand which is currently pending before the district judge. (Docs. 7, 8)

