**American General Finance, Inc.**
A Subsidiary of American General Corporation

GENERAL FINANCE, INC.
...A ROAD
ALABAMA 36830

**FEDERAL DISCLOSURE STATEMENT**

**AMERICAN GENERAL**

Account Number: 30529047

BORROWERS (NAMES & ADDRESSES)
POOL, JAMES E, WILLIE
RT 2 BOX 611
NOTASULGA AL 36866

| Date of Loan | First Payment Due Date | Other Payments Due on Same Day of Each Month | Final Payment Due Date | Amount of First Payment / Amount of Balloon Payment | Amount of Other Payments | Total Number of Payments / Term of Loan | Late Charge |
|---|---|---|---|---|---|---|---|
| 07/08/93 | 08/10/93 | | 07/10/95 | 62.85 | 62.00 | 24 | 100 |

$ 1156.67 Amount Financed
$ 332.18 FINANCE CHARGE
$ 25.39 % ANNUAL PERCENTAGE RATE
$ 1488.85 Total of Payments

**AMOUNT FINANCED** is the amount of credit provided to you or on your behalf. (Line 1 above)
**FINANCE CHARGE** is the dollar amount the credit will cost you. (Line 2 above)
**ANNUAL PERCENTAGE RATE** is the cost of your credit as a yearly rate. (Line 3 above)
**TOTAL OF PAYMENTS** is the amount you will have paid after you have made all payments as scheduled. (Line 4 above)

LATE CHARGE: If a payment is more than 10 days late, you will be charged 5% of the late amount, not to exceed the amount shown above and not less than $.50. (Does not apply to interest bearing loans.)

PREPAYMENT: If you pay off early, you
☐ may  ☒ will not  have to pay a penalty.
☐ may  ☐ will not  be entitled to a refund of part of the finance charge.

SECURITY
You are giving a security interest in:
☐ The goods or property being purchased
☐ Motor vehicle  1 1980 Toyota Celica GT VIN#JT2RA44L5B6609044;
☐ Other  1 Snapper Mower; 1 Sherwood Stereo; 1 Sanyo 25"

1 PAID    PAID 1
MAR 02 '95    MAR 02 '95

☐ You are giving a security interest in your real estate located at:
☐ The previous Mortgage or Deed of Trust is being retained as security on your loan.

ASSUMPTION: Someone buying your house may not assume the remainder of the mortgage on the original terms.

INSURANCE: Credit life insurance and credit disability insurance are not required to obtain credit and will not be provided unless you sign and agree to pay the additional cost. You understand that we anticipate profits from the sale of credit insurance and you consent thereto if you select such insurance. If a rescission period applies, there is no credit life coverage during the three day rescission period.

| Type | Premium | Signature | |
|---|---|---|---|
| Single Decreasing Term Credit Life | $ N/A | I want single credit life insurance. Signature: | First Named Borrower |
| Joint Decreasing Term Credit Life | $ N/A | We want joint credit life insurance. Signatures: | First Named Borrower / Second Named Borrower |
| Single Decreasing Term Credit Life & Single Disability | $ 68.44 | I want single credit life and disability insurance. Signature: _James E. Poole_ | First Named Borrower |
| Joint Decreasing Term Credit Life & Single Disability on First Named Borrower | $ N/A | We want joint credit life and single disability insurance. Signatures: | First Named Borrower / Second Named Borrower |

CREDIT INSURANCE (LIFE AND DISABILITY) CANCELLATION OPTION
CANCELLATION: If you desire to do so you may, without penalty or obligation, within fifteen days from the date of loan set forth above, cancel all or not part of the credit insurance coverages by returning all credit insurance certificates received in connection with this loan to the office where the loan was made. Upon cancellation, a full rebate of all credit insurance premiums will be made.



AUB.4950.0267

## PERSONAL PROPERTY INSURANCE DISCLOSURE

You are not required to purchase or to have property insurance to secure this loan. If you choose to have such insurance and the amount financed and value of the property exceeds $300, you may obtain property insurance from anyone you want. You should consider any homeowner's or other insurance which you may already have when deciding to purchase property insurance with this loan.

Within 15 days of purchasing property insurance on this loan and providing you have no claims, you may obtain a full refund of the cost of the insurance by surrendering your policy or by making a written request to this office for cancellation of the policy.

If you get property insurance from or through the creditor, it will be for a term of __24__ months and you will pay $ __36.60__

I/We want property insurance.

_____Amos E. Poole_____ Signature
_____Willie Lee Poole_____ Signature

You may obtain physical damage insurance from anyone you want or provide it through an existing policy, provided the insurance company is acceptable to the creditor and the amount financed and value of the property exceeds $300. If you get physical damage insurance from or through the creditor, it will be for a term of __N/A__ months and you will pay $ __N/A__.

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We have received a copy of this Federal Disclosure Statement.

_____Amos E. Poole_____     __7-8-93__
First Named Borrower              Date

_____Willie Lee Poole_____     __7-8-93__
Second Named Borrower (if Applicable)    Date

01-00002 (D-F-H-I-L-N) ALABAMA MINI-CODE AND INTEREST AND USURY (2-93)

AUB.4950.0268