IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

GEORGE MASON,

    Plaintiff,

v.

AMERICAN INTERNATIONAL GROUP, INC.;
et al.,

    Defendants.

CIVIL ACTION NO. 3:05-cv-752-F

COUNTY OF _Macon_

STATE OF _Al_

### AFFIDAVIT OF KATHIE ROWELL

PERSONALLY APPEARED before the undersigned officer, duly authorized to administer oaths, Kathie Rowell, who states under oath as follows:

1. My name is Kathie Rowell. The statements made in this declaration are based upon my own personal knowledge as more specifically set forth below and, if sworn as a witness, I could testify competently as to them.

2. I was at one time an employee at the Auburn branch of American General Financial Services, Inc. ("AGFS"), formerly known as American General Finance, Inc. I have not, however, been employed by AGFS since 2000.

3. At no time did I ever inform customers, including George Mason, that credit insurance was required, that credit insurance would improve the customer's chances of obtaining a loan, or that credit insurance would improve a customer's credit score.



EXHIBIT F

1410039

4. However, given the amount of time that has passed, I do not remember the details of and cannot testify with any specificity regarding George Mason's February 16, 1993 and December 8, 1993 loans with AGFS.

**FURTHER AFFIANT SAYETH NOT.**

This the 23 day of February, 2006.

_____
Kathie Rowell

SWORN TO AND SUBSCRIBED BEFORE ME, this the 23rd day of February, 2006.

_____
NOTARY PUBLIC
My Commission Expires: MY COMMISSION EXPIRES APRIL 14, 2009

1440037                                    2