IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

GEORGE MASON, )
 )
      Plaintiff, )
 )
v. )
 )  CIVIL ACTION NO. 3:05-cv-752-F
AMERICAN INTERNATIONAL GROUP, INC.; )
et al., )
 )
 )
      Defendants. )

COUNTY OF  CHEROKEE

STATE OF  GEORGIA

## AFFIDAVIT OF ROBERT S. RITTER

Robert S. Ritter, under oath, states as follows:

1. My name is Robert S. Ritter. The statements made in this declaration are based upon my own personal knowledge as more specifically set forth below and, if sworn as a witness, I could testify competently to them.

2. I serve as Director of Operations for the State of Alabama and am an officer of American General Financial Services, Inc. ("American General").

3. Kathie Rowell, the only individual defendant in the above-styled matter, has not been employed by American General since April of 2000.

4. In fact, none of the individuals employed at American General's Auburn branch at the time of George Mason's loans in 1993 are employed there today.

1440756

FURTHER AFFIANT SAYETH NOT.

This the  27th  day of February, 2006.

_____
Robert S. Ritter

SWORN TO AND SUBSCRIBED BEFORE ME, this the  27th  day of February, 2006.

_____
NOTARY PUBLIC

My Commission Expires:

My Commission Expires August 11. 2006



1440756

2