**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 27, 2006

# NOTICE OF CORRECTION

| | |
|---|---|
| **From:** | Clerk's Office |
| **Case Style:** | George Mason v. American International Group, Inc., et al. |
| **Case Number:** | #3:05-cv-00752-MEF |
| **Referenced Document:** | Document #32<br>Response in Opposition |

**This notice has been docketed to enter the corrected pdf of Exhibit G to the referenced document into the record. The original pdf contained an unsigned affidavit. The corrected pdf is attached to this document.**